UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-cr-161 (JDB) |
| v. : | |
| : | |
| JOLY GERMINE, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States and counsel for defendant Joly Germine hereby file this joint status report, as required by the Court's order following the January 21, 2023 status hearing.

1. Both defense counsel for Mr. Germine have completed their interview, as coordinated with the CISO, since the last status hearing in this case. The applications are still pending.

2. The government is reviewing outstanding discovery at other government agencies and will make appropriate filings and/or disclosures in the proper forum.

3. The parties continue to communicate regarding outstanding discovery questions from the defense, and the government is making supplemental productions as appropriate.

4. There is no plea offer currently extended, though the parties have discussed potential guidelines ranges applicable to the charges in this case.

5. The parties believe that in 60 days there may be more information on the status of the defense counsels' clearances. Therefore, the parties request to file another joint status report at that time.

WHEREFORE, the parties respectfully request to file another joint status on June 23, 2023, and toll time under the Speedy Trial Act until June 23, 2023.

Dated: April 19, 2022

                                                       Respectfully submitted,

                                                     MATTHEW M. GRAVES
                                                     UNITED STATES ATTORNEY
                                                     D.C. Bar No. 481052

                                                     BY:     /s/
                                                     KAREN W. SEIFERT
                                                     KIMBERLY L. PASCHALL
                                                     Assistant United States Attorneys
                                                     National Security Section
                                                     D.C. Bar No. 1015665 (Paschall)
                                                     601 D Street, N.W.,
                                                     Washington, D.C. 20530
                                                     202-252-2650
                                                     Kimberly.Paschall@usdoj.gov