UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-cr-161 (JDB) |
| v. : | |
| : | |
| JOLY GERMINE, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States and counsel for defendant Joly Germine hereby file this joint status report, as required by the Court:

1. Both defense counsel for Mr. Germine have completed their interview, as coordinated with the CISO. As noted in the last status report in this case, one defense counsel's application has been approved and the other's application is still pending.

2. The government is reviewing outstanding discovery at other government agencies and will make appropriate filings and/or disclosures in the proper forum.

3. The parties continue to communicate regarding outstanding discovery questions from the defense, and the government is making supplemental productions as appropriate.

4. There is no plea offer currently extended, though the parties have discussed potential guidelines ranges applicable to the charges in this case, and expect to meet and confer next week.

5. The parties believe that in 60 days there may be more information on the status of the second defense counsel's clearance. Therefore, the parties request to file another joint status report at that time.

WHEREFORE, the parties respectfully request to file another joint status on October 27, 2023, and toll time under the Speedy Trial Act until October 27, 2023.

Dated: August 25, 2023

                                           Respectfully submitted,

                                           MATTHEW M. GRAVES
                                           UNITED STATES ATTORNEY
                                           D.C. Bar No. 481052

                                           BY:   /s/
                                           KAREN W. SEIFERT
                                           KIMBERLY L. PASCHALL
                                           Assistant United States Attorneys
                                           National Security Section
                                           D.C. Bar No. 1015665 (Paschall)
                                           601 D Street, N.W.,
                                           Washington, D.C. 20530
                                           202-252-2650
                                           Kimberly.Paschall@usdoj.gov