Filed with the Classified Information Security Officer
CISO  ᴅᴍᴍ
Date  10/10/2023

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Criminal No.: 22-161 (JDB) |
| v. | : |
| | : |
| JOLY GERMINE, | : |
| Defendant | : |

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Criminal No.: 22-246 (JDB) |
| v. | : |
| | : |
| JEAN PELICE, | : |
| Defendant | : |

**(U) GOVERNMENT'S FIRST CLASSIFIED *IN CAMERA, EX PARTE* MEMORANDUM OF LAW AND MOTION FOR AN ORDER PURSUANT TO § 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**