UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOLY GERMINE,<br>    Defendant. | Criminal Action No. 22-161 (JDB) |

## VERDICT FORM

**COUNT ONE:**        Conspiracy to Commit Hostage Taking

1. With respect to Count One, the offense of Conspiracy to Commit Hostage Taking, we, the members of the jury, unanimously find defendant Joly Germine:

   _____ Not Guilty        _____X_____ Guilty

---

**COUNT TWO:**        Hostage Taking

2. With respect to Count Two, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to Melodi Korver, we, the members of the jury, unanimously find defendant Joly Germine:

   _____ Not Guilty        _____X_____ Guilty

---

**COUNT THREE:**        Hostage Taking

3. With respect to Count Three, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to Ryan Korver, we, the members of the jury, unanimously find defendant Joly Germine:

   _____ Not Guilty        _____X_____ Guilty

---

**COUNT FOUR:**        Hostage Taking

4. With respect to Count Four, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to Matthew Miller, we, the members of the jury, unanimously find defendant Joly Germine:

   _____ Not Guilty        _____X_____ Guilty

---

**COUNT FIVE:**        Hostage Taking

5. With respect to Count Five, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to Rachel Miller, we, the members of the jury, unanimously find defendant Joly Germine:

   _____ Not Guilty        _____X_____ Guilty

---

**COUNT SIX:**     Hostage Taking

6. With respect to Count Six, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to Cherilyn Noecker, we, the members of the jury, unanimously find defendant Joly Germine:

   _____ Not Guilty        \_\_\_\_\_X\_\_\_\_\_ Guilty

---

**COUNT SEVEN:**     Hostage Taking

7. With respect to Count Seven, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to Cheryl Noecker, we, the members of the jury, unanimously find defendant Joly Germine:

   _____ Not Guilty        \_\_\_\_\_X\_\_\_\_\_ Guilty

---

**COUNT EIGHT:**     Hostage Taking

8. With respect to Count Eight, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to Courtey Noecker, we, the members of the jury, unanimously find defendant Joly Germine:

   _____ Not Guilty        \_\_\_\_\_X\_\_\_\_\_ Guilty

---

**COUNT NINE:**     Hostage Taking

9. With respect to Count Nine, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to Austin Smucker, we, the members of the jury, unanimously find defendant Joly Germine:

   _____ Not Guilty        \_\_\_\_\_X\_\_\_\_\_ Guilty

---

**COUNT TEN:**     Hostage Taking

10. With respect to Count Ten, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to Samuel Stoltzfus, we, the members of the jury, unanimously find defendant Joly Germine:

    _____ Not Guilty        \_\_\_\_\_X\_\_\_\_\_ Guilty

---

**COUNT ELEVEN:**  Hostage Taking

11. With respect to Count Eleven, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to Katie Yoder, we, the members of the jury, unanimously find defendant Joly Germine:

_____ Not Guilty          \_\_\_\_X\_\_\_\_ Guilty

---

**COUNT TWELVE:**  Hostage Taking

12. With respect to Count Twelve, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to Westley Yoder, we, the members of the jury, unanimously find defendant Joly Germine:

_____ Not Guilty          \_\_\_\_X\_\_\_\_ Guilty

---

**COUNT THIRTEEN:**  Hostage Taking

13. With respect to Count Thirteen, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to A.K., a minor, we, the members of the jury, unanimously find defendant Joly Germine:

_____ Not Guilty          \_\_\_\_X\_\_\_\_ Guilty

---

**COUNT FOURTEEN:**  Hostage Taking

14. With respect to Count Thirteen, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to L.K., a minor, we, the members of the jury, unanimously find defendant Joly Germine:

_____ Not Guilty          \_\_\_\_X\_\_\_\_ Guilty

---

**COUNT FIFTEEN:**  Hostage Taking

15. With respect to Count Fifteen, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to B.N., a minor, we, the members of the jury, unanimously find defendant Joly Germine:

_____ Not Guilty          \_\_\_\_X\_\_\_\_ Guilty

---

**COUNT SIXTEEN:**        Hostage Taking

16. With respect to Count Sixteen, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to K.N., a minor, we, the members of the jury, unanimously find defendant Joly Germine:

_____ Not Guilty        _____X_____ Guilty

---

**COUNT SEVENTEEN:**        Hostage Taking

17. With respect to Count Seventeen, the offense of Hostage Taking, Aiding and Abetting and causing an act to be done in relation to S.N., a minor, we, the members of the jury, unanimously find defendant Joly Germine:

_____ Not Guilty        _____X_____ Guilty

---

5/16/2025
Date

[Signature redacted]
Signature of Foreperson