## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     CASE NO. 22-cr-161 (JDB) |
| v. | : |
| | : |
| JOLY GERMINE, | : |
| | : |
| Defendant. | : |

*Final Exhibit List*

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| **000 Series: Photos of Individuals** | | | | | |
| 001A | Photograph of Joly Germine | x | x | Harrison | 5/6 |
| 001B | Photograph of Joly Germine | x | x | Harrison | 5/6 |
| 002A | Photograph of Lanmo San Jou | x | x | Matt Miller | 5/6 |
| 002B | Photograph of Lanmo San Jou | x | x | Matt Miller | 5/6 |
| 003 | Photograph of Gaspiyay | x | x | Matt Miller | 5/6 |
| 004A | Photograph of Jean Pelice (Zo) | x | x | Harrison | 5/6 |
| 004B | Photograph of Jean Pelice (Zo) | x | x | Matt Miller | 5/6 |
| 004C | Photograph of Jean Pelice (Zo) | x | x | Harrison | 5/6 |
| 005 | Photograph of Koleg | x | x | Matt Miller | 5/6 |
| 006A | Photograph of Santia Jean | x | x | Harrison | 5/6 |
| 006B | Photograph of Santia Jean | x | x | Harrison | 5/6 |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 007A | Photograph of Vitel'Homme | x | x | Harrison | 5/6 |
| 007B | Photograph of Vitel'Homme | x | x | Harrison | 5/6 |
| 010 | Photograph of Eliande Tunis | x | x | Bonura | 5/7 |
| 011 | Photograph of Walder St. Louis | x | x | Bonura | 5/7 |
| 012 | Photograph of Jocelyn Dor | x | x | Bonura | 5/7 |
| 020 | Photograph - CAM Group 1 | x | x | Matt Miller | 5/6 |
| 021 | Photograph - CAM Group 2 | x | x | Cherilyn Noecker | 5/12 |
| 022 | Photograph - Korver Family | x | x | Rachel Miller | 5/7 |
| 023 | Photograph of L.K. | x | x | Rachel Miller | 5/7 |
| 024 | Photograph of Austin Smucker, | | | | |
| 025 | Photograph from Plane | x | x | Cherilyn Noecker | 5/12 |
| 026 | Photograph from Plane | | | | |
| 027 | Photograph from Plane | x | x | Cherilyn Noecker | 5/12 |
| 050 | Prior Identifications by | | | | |
| 051 | Prior Identifications by | | | | |
| 052 | Prior Identifications by | x | Page 5 only | Austin Smucker | 5/12 |
| 053 | Prior Identifications by | | | | |
| 054 | Prior Identifications by | x | Pages 3, 5, 8, and 9 | Jean Pelice | 5/9 |
| 055 | Prior Identifications by | | | | |
| 056 | Prior Identification of | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| **100 Series: Phones and Translations** | | | | | |
| 100 | Physical Disc with Tunis Phone Extraction | x | x | Sophia Calidonna | 5/7 |
| 101 | Messages between Tunis and Germine (9101) | x | x | Sophia Calidonna | 5/7 |
| 101A | Messages between Tunis and Germine (9101) Second | x | x | Sophia Calidonna | 5/7 |
| 101T | Translation of messages between Tunis and Germine (9101) (ILS) | x | x | Sophia Calidonna | 5/7 |
| 101T2 | Second Translation of messages between Tunis and Germine (9101) (Basquin) | x | x | Sophia Calidonna | 5/7 |
| 101.1 | Text Message | x | x | Sophia Calidonna | 5/7 |
| 101.1T | Translation of Message | x | x | Sophia Calidonna | 5/7 |
| 102 | Messages between Tunis and Dor (5243) | x | x | Sophia Calidonna | 5/7 |
| 102A | Messages between Tunis and Dor (5243) Second | x | x | Sophia Calidonna | 5/7 |
| 102T | Translation messages between Tunis and Dor (5243) (ILS) | x | x | Sophia Calidonna | 5/7 |
| 102T2 | Second Translation messages between Tunis and Dor (5243) (Basquin) | x | x | Sophia Calidonna | 5/7 |
| 103 | Messages between Tunis and St. Louis (5735) | x | x | Sophia Calidonna | 5/7 |
| 103A | Messages between Tunis and St. Louis (5735) Second | x | x | Sophia Calidonna | 5/7 |
| 103T | Translation of messages between Tunis and St. Louis | x | x | Sophia Calidonna | 5/7 |
| 103.1 | Folder of native voice memos (16) attached to messages between Tunis and St. Louis (5735) | x | x | Sophia Calidonna | 5/7 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 104 | Messages between Tunis and Jean (3589) | x | x | Sophia Calidonna | 5/7 |
| 104A | Messages between Tunis and Jean (3589) Second Extraction | x | x | Sophia Calidonna | 5/7 |
| 104B | Messages between Tunis and Manmi | x | x | Sophia Calidonna | 5/7 |
| 104T | Translation of messages between Tunis and Jean (3589) | x | x | Sophia Calidonna | 5/7 |
| 105 | Messages between Tunis and Jean (2871) | x | x | Sophia Calidonna | 5/7 |
| 105T | Translation of messages between Tunis and Jean | x | x | Sophia Calidonna | 5/7 |
| 106 | Messages between Tunis and San Jou (7977) | x | x | Sophia Calidonna | 5/7 |
| 106A | Messages between Tunis and San Jou (7977) Second | x | x | Sophia Calidonna | 5/7 |
| 106.1 | Voice memo | x | x | Sophia Calidonna | 5/7 |
| 106.1C | Translation Certificate | x | x | Sophia Calidonna | 5/7 |
| 106.1T | Translation of 106.1 | x | x | Sophia Calidonna | 5/7 |
| 108 | Photos from iPhone | x | x | Sophia Calidonna | 5/7 |
| 109 | Contact Cards from iPhone | x | x | Sophia Calidonna | 5/7 |
| 110 | Physical Disc with Tunis Samsung Phone Extraction | x | x | Sophia Calidonna | 5/7 |
| 111 | Messages to "Paa" | x | x | Sophia Calidonna | 5/7 |
| 111T | Translation of Messages to "Paa" | x | x | Sophia Calidonna | 5/7 |
| 112 | Photos from Samsung | x | x | Sophia Calidonna | 5/7 |
| 113 | Contacts List | x | x | Sophia Calidonna | 5/7 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 114 | Facebook Connections | x | x | Sophia Calidonna | 5/7 |
| 115 | Contact Cards | x | x | Sophia Calidonna | 5/7 |
| 120 | Physical Disc with St. Louis Phone Extraction | x | x | Sophia Calidonna | 5/7 |
| 121 | Contact List | x | x | Sophia Calidonna | 5/7 |
| 122 | Contact Card 1 (Sonn Danje) | x | x | Sophia Calidonna | 5/7 |
| 123 | Contact Card 2 (CIA Sonnn) | x | x | Sophia Calidonna | 5/7 |
| 124 | Messages Between St. Louis and Gaspiyay (2040) | x | x | Sophia Calidonna | 5/7 |
| 124T | Translation of 124 and Voice Memos | x | x | Sophia Calidonna | 5/7 |
| 125 | Voice Memo Between St. Louis and Gaspiyay (2040) - 10/13/21 (*8d0ccb) | x | x | Sophia Calidonna | 5/7 |
| 126 | Voice Memo Between St. Louis and Gaspiyay (2040) - 10/13/21 (*84bd00) | x | x | Sophia Calidonna | 5/7 |
| 127 | Voice Memo Between St. Louis and Gaspiyay (2040) - 10/13/21 (*bdf0a7) | x | x | Sophia Calidonna | 5/7 |
| 140 | Summary - Communications in Tunis iPhone (Ex. 100) | x | x | Sophia Calidonna | 5/7 |
| 141 | Summary - Communications in Tunis Samsung (Ex. 110) | x | x | Sophia Calidonna | 5/8 |
| **200 Series: Call Detail, Apple, and Phone Records** | | | | | |
| 200 | Physical Disc of Digicell Records | x | x | Certification | 5/7 |
| 200C | Digicell Record Certification | x | x | Certification | 5/7 |
| 201 | Call Data Records (CDR) 509-3792-5752 | x | x | Certification | 5/7 |
| 202 | CDRs 509-4645-2040 | x | x | Certification | 5/7 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 203 | CDRs 509-4777-9220 | x | x | Certification | 5/7 |
| 203.1 | Subscriber Record 509-4777-9220 | x | x | Certification | 5/7 |
| 204 | CDRs 509-4785-3489 | x | x | Certification | 5/7 |
| 205 | CDRs 509-3677-4844 | x | x | Certification | 5/7 |
| 206 | CDRs 509-4418-2140 | x | x | Certification | 5/7 |
| 207 | CDRs 509-4077-0721 | x | x | Certification | 5/7 |
| 208 | CDRs 509-3105-7070 | x | x | Certification | 5/7 |
| 220 | Physical Disc of Natcom Records | x | x | Robert Jones | 5/7 |
| 220C | Natcom Certification | x | x | Robert Jones | 5/7 |
| 221 | CDRs 509-32978710 | x | x | Robert Jones | 5/7 |
| 222 | CDRs 509-4377-7977 | x | x | Robert Jones | 5/7 |
| 223 | CDRs 509-3535-4217 | x | x | Robert Jones | 5/7 |
| 224 | CDRs 509-4342-1256 | x | x | Robert Jones | 5/7 |
| 230 | T-Mobile CDRs and Subscriber Information 609-470-3447 | x | x | Certification | 5/7 |
| 230C | Record Certification T-Mobile | x | x | Certification | 5/7 |
| 250 | Combined CDR Spreadsheet for Ex. 252 | x | x | Sophia Calidonna | 5/12 |
| 251 | Summary of Phone Record Attribution | x | conditionally | Sophia Calidonna | 5/12 |
| 252 | Summary of Relevant Phone Records | x | conditionally | Sophia Calidonna | 5/12 |
| 253 | Excerpts from T-Mobile Records of Eliande Tunis (Ex. 230) | x | x | Sophia Calidonna | 5/8 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| **300 Series: Firearms, Ammunition, and ATF Documents** | | | | | |
| 302 | Firearms Purchase Documents (Form 4473) | x | x | Jaime Morales | 5/8 |
| 320 | PowerPoint summary of gun purchases and ATF | x | x | Jaime Morales | 5/8 |
| 320.01 | Summary of Firearms purchases | x | x | Jaime Morales | 5/8 |
| 331 | Model Photograph - PSA AK47 Rifle | | | | |
| 332 | Model Photograph – IWI Galil Rifle | | | | |
| 333 | Model Photograph – Century Arms Paratrooper Rifle | | | | |
| 334 | Model Photograph – Jimenez Arms JA Nine Pistol | | | | |
| 335 | Model Photograph – Colt M4 Carbine Rifle | | | | |
| 336 | Model Photograph – Radom Helpup AK47 Style Pistol | | | | |
| 350 | Video of Lanmo Sanjou with firearm | x | x | Sophia Calidonna | 5/7 |
| 350.1 | Screenshot #1 - Video of Lanmo Sanjou with firearm | x | x | Jaime Morales | 5/8 |
| 350.2 | Screenshot #2 - Video of Lanmo Sanjou with firearm | | | | |
| 350.3 | Screenshot #3 - Video of Lanmo Sanjou with firearm | | | | |
| 350.4 | Screenshot #4 - Video of Lanmo Sanjou with firearm | x | x | Austin Smucker | 5/12 |
| 350.5 | Screenshot #5 - Video of Lanmo Sanjou with firearm | x | x | Austin Smucker | 5/12 |
| 350.6 | Screenshot #6 - Video of Lanmo Sanjou with firearm | | | | |
| 350.7 | Screenshot #7 - Video of Lanmo Sanjou with firearm | x | x | Austin Smucker | 5/12 |
| 350.8 | Screenshot #8 - Video of Lanmo Sanjou with firearm | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 350.9 | Screenshot #9 - Video of Lanmo Sanjou with firearm | x | x | Jaime Morales | 5/8 |
| **400 Series: Firearms** | | | | | |
| 401 | AK47 style weapon | | | | |
| 402 | M1 firearm | | | | |
| **500 Series: Financial Records** | | | | | |
| 500A | Summary Financial Transactions | x | x | Sophia Calidonna | 5/8 |
| 500B | Summary Financial Messages from Ex. 100 | x | x | Sophia Calidonna | 5/8 |
| 501 | MoneyGram Records | x | x | Sophia Calidonna | 5/8 |
| 501C | Certification MoneyGram | x | x | Sophia Calidonna | 5/8 |
| 502.1 | Western Union Records 1 | x | x | Sophia Calidonna | 5/8 |
| 502.2 | Western Union Records 2 | x | x | Sophia Calidonna | 5/8 |
| 502C | Certification Western Union | x | x | Sophia Calidonna | 5/8 |
| 504 | Zelle Records | x | | Sophia Calidonna | |
| 504C | Certification Zelle | | | | |
| **600 Series: Statements** | | | | | |
| 600 | Audio File of Germine May 3, 2022 | | | | |
| 600.1 | ID Photos from May 3, 2022 Interview | X | X | Dugue | 5/15 |
| 600T | Transcription of Audio File of Germine May 3, 2022 | | | | |
| 601 | Waiver of Rights, Joly Germine | X | X | Dugue | 5/15 |
| 601T | Haitian Creole - Waiver of Rights, Joly Germine | | | | |
| 600 T.1 | Transcript Excerpt | X | X | Dugue | 5/15 |
| 600 T.2 | Transcript Excerpt | X | X | Dugue | 5/15 |
| 600 T.3 | Transcript Excerpt | X | X | Dugue | 5/15 |
| 600 T.4 | Transcript Excerpt | X | X | Dugue | 5/15 |
| 600 T.5 | Transcript Excerpt | X | X | Dugue | 5/15 |
| 600 T.6 | Transcript Excerpt | X | X | Dugue | 5/15 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 605 | Audio File of Germine November 11, 2022 | | | | |
| 605T | Transcription of Audio File of Germine November 11, | X | | | |
| 610 | Grand Jury Transcript Jean Pelice | x | | Jean Pelice | 5/9 |
| 610A | Excerpts from Grand Jury Transcript Jean Pelice | | | | |
| 610.1 | Exhibit to Grand Jury Transcript Jean Pelice (610) | | | | |
| 611 | Prior Proceeding Transcript of Jean Pelice | x | | Jean Pelice | 5/9 |
| 611A | Excerpts from Prior Proceeding Transcript of | | | | |

## 700 Series: Recorded Calls

| | | | | | |
|---|---|---|---|---|---|
| 701 | Ransom call USAO_0000844 Barry.First | | | | |
| 701T | Translation of ransom call USAO_0000844 Barry.First | | | | |
| 702 | Ransom call USAO_0000846 Barry.Proof | | | | |
| 702T | Translation of ransom call USAO_0000846 Barry.Proof | | | | |
| 703 | Ransom call USAO_000847 Barry | x | x | Zach Harrison | 5/7 |
| 703T | Translation of ransom call USAO_000847 Barry | x | x | Zach Harrison | 5/7 |
| 704 | Ransom call USAO_0000845 | | | | |
| 704T | Translation of ransom call USAO_0000845 | | | | |
| 705 | Ransom call USAO000849 Barry.wash | x | x | Zach Harrison | 5/7 |
| 705T | Translation of ransom call USAO000849 Barry.wash | x | x | Zach Harrison | 5/7 |
| 706 | Ransom call USAO_0000843 | | | | |
| 706T | Translation of ransom call USAO_0000843 | | | | |
| 605 T.1 | Transcript Excerpt | 5/15 | 5/15 | Pugue | 5/15 |
| 605 T.2 | Transcript Excerpt | 5/15 | 5/15 | Pugue | 5/15 |
| 605 T.3 | Transcript Excerpt | 5/15 | 5/15 | Pugue | 5/15 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 707 | Ransom call USAO_0000848 | | | | |
| 707T | Translation of ransom call USAO_0000848 | | | | |
| 708 | Ransom call USAO_0000825 10.31 TPI | | | | |
| 708T | Translation of ransom call USAO_0000825 10.31 TPI | | | | |
| 709 | Ransom call USAO_0000826 11.1 Many | | | | |
| 709T | Translation of ransom call USAO_0000826 11.1 Many | | | | |
| 710 | Ransom call USAO_0000827 11.6 Money | | | | |
| 710T | Translation of ransom call USAO_0000827 11.6 Money | | | | |
| 711 | Ransom call USAO_0000828 11.7 POL | | | | |
| 711T | Translation ransom call USAO_0000828 11.7 POL | | | | |
| 712 | Ransom call USAO_0000829 11.8 | | | | |
| 712T | Translation of ransom call USAO_0000829 11.8 | | | | |
| 713 | Ransom call USAO_0000830 11.8 Under | | | | |
| 713T | Translation of ransom call USAO_0000830 11.8 Under | | | | |
| 714 | Ransom call USAO_0000831 11.10 Long | x | x | Zach Harrison | 5/7 |
| 714T | Translation of ransom call USAO_0000831 11.10 Long | x | x | Zach Harrison | 5/7 |
| 715 | Ransom call USAO_0000832 11.11 | | | | |
| 715T | Translation of ransom call USAO_0000832 11.11 | | | | |
| 716 | Ransom call USAO_0000833 11.11 Don't | x | x | Zach Harrison | 5/7 |
| 716T | Translation of ransom call USAO_0000833 11.11 Don't | x | x | Zach Harrison | 5/7 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 717 | Ransom call USAO_0000834 11.11 For | | | | |
| 717T | Translation of ransom call USAO_0000834 11.11 For | | | | |
| 718 | Ransom call USAO_0000835 11.11 | | | | |
| 718T | Translation of ransom call USAO_0000835 11.11 | | | | |
| 719 | Ransom call USAO_0000836 11.17 | | | | |
| 719T | Translation of ransom call USAO_0000836 11.17 | x | x | John Dugue | 5/12 |
| 720 | Ransom call USAO_0000837 11.17 | x | x | John Dugue | 5/12 |
| 720T | Translation of ransom call USAO_0000837 11.17 | x | x | Zach Harrison | 5/7 |
| 721 | Ransom call USAO_0000838 11.20 Call | x | x | Zach Harrison | 5/7 |
| 721T | Translation of ransom call USAO_0000838 11.20 Call | | | | |
| 722 | Ransom call USAO_0000839 11.21 200K | | | | |
| 722T | Translation of ransom call USAO_0000839 11.21 200K | | | | |
| 723 | Ransom call USAO_0000840 11.22 Call | | | | |
| 723T | Translation of ransom call USAO_0000840 11.22 Call | | | | |
| 724 | Ransom call USAO_0000841 11.22 | | | | |
| 724T | Translation of ransom call USAO_0000841 11.22 | | | | |
| 725 | Ransom call USAO_0000842 12.4.21 call | | | | |
| 725T | Translation of ransom call USAO_0000842 12.4.21 call | | | | |
| 726 | Ransom call TPI3 Assistant Recorded Call 1 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 726T | Translation of ransom call TPI3 Assistant Recorded Call 1 | | | | |
| 727 | Ransom call TPI3 Assistant Recorded Call 2 | | | | |
| 727T | Translation of ransom call TPI3 Assistant Recorded Call 2 | | | | |
| 728 | Ransom call TPI3 Assistant Recorded Call 3 | | | | |
| 728T | Translation of ransom call TPI3 Assistant Recorded Call 3 | | | | |
| 729 | Ransom call TPI3 Assistant Recorded Call 4 | | | | |
| 729T | Translation of ransom call TPI3 Assistant Recorded Call 4 | | | | |
| 730 | Ransom call TPI3 Assistant Recorded Call 5 | | | | |
| 730T | Translation of ransom call TPI3 Assistant Recorded Call 5 | | | | |
| 731 | Ransom call TPI3 Assistant Recorded Call 7 | | | | |
| 731T | Translation of ransom call TPI3 Assistant Recorded Call 7 | | | | |
| 732 | Ransom call TPI3 Assistant Recorded Call 8 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 732T | Translation of ransom call TPI3 Assistant Recorded Call 8 | | | | |
| 733 | Ransom call TPI3 Assistant Recorded Call 9 | | | | |
| 733T | Translation of ransom call TPI3 Assistant Recorded Call 9 | | | | |
| 751 | Call #1 – Defendant and Jonas Isidor | | | | |
| 751T | Translation for call #1 – Defendant and Jonas Isidor | | | | |
| 752 | Call #2 – Defendant and Jonas Isidor | | | | |
| 752T | Translation for call #2 – Defendant and Jonas Isidor | | | | |
| 753 | Call #3 – Defendant and Jonas Isidor | | | | |
| 753T | Translation for call #3 – Defendant and Jonas Isidor | | | | |
| 754 | Call #4 – Defendant and Jonas Isidor | | | | |
| 754T | Translation for call #4 – Defendant and Jonas Isidor | | | | |
| 755 | Call #5 – Vitel'Homme and Jonas Isidor | | | | |
| 755T | Translation for call #5 – Vitel'Homme and Jonas | | | | |
| 756 | Call #6 – Defendant and Jonas Isidor | | | | |
| 756T | Translation for call #6 – Defendant and Jonas Isidor | | | | |
| 760C | Certification of ISL | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 770 | Jail Call – Joly Germine 1704991829_5019_12_172_505.wav (1/11/24) | | | | |
| 770C | Certification Jail Calls 1 & Call List | | | | |
| 770T | Translation of 770 | | | | |
| 780 | Physical Disc of Jail Call Materials | | | | |
| 780C.1 | Certification Jail Calls 1 | | | | |
| 780C.2 | Certification Jail Calls 2 | | | | |
| 781 | Jail Call – Joly Germine 1654303189_127_12_196_408.mp3 | | | | |
| 781T | Translation of Jail Call – Joly Germine 1654303189_127_12_196_408-ENGL.docx | | | | |
| 782 | Jail Call – Joly Germine 1654873851_126_12_223_641.mp3 | | | | |
| 782T | Translation of Jail Call – Joly Germine | | | | |
| 783 | Jail Call – Joly Germine 1654877914_127_13_171_84.mp3 | | | | |
| 783T | Translation of Jail Call – Joly Germine | | | | |
| 784 | Jail Call – Joly Germine 1654881744_125_12_165_859.mp3 | | | | |
| 784T | Translation of Jail Call – Joly Germine | | | | |
| 785 | Jail Call – Joly Germine 1655217375_127_12_185_52.mp3 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 785T | Translation of Jail Call – Joly Germine 1655217375_127_12_185_52-ENGL.docx | | | | |
| 786 | Jail Call – Joly Germine 1655220698_127_13_172_421.mp3 | | | | |
| 786T | Translation of Jail Call – Joly Germine | | | | |
| 787 | Jail Call – Joly Germine 1655335601_125_13_171_238.mp3 | | | | |
| 787T | Translation of Jail Call – Joly Germine 1655335601_125_13_171_238-ENGL.docx | | | | |
| 788 | Jail Call – Joly Germine 1656373766_127_12_181_867.mp3 | | | | |
| 788T | Translation of Jail Call – Joly Germine 1656373766_127_12_181_867-ENGL.docx | | | | |
| 789 | Jail Call – Joly Germine 1656538931_127_13_172_698.mp3 | | | | |
| 789T | Translation of Jail Call – Joly Germine 1656538931_127_13_172_698-ENGL.docx | | | | |
| 790 | Jail Call – Joly Germine 1654301332_125_12_139_695.mp3 | | | | |
| 790T | Translation of Jail Call – Joly Germine 1654301332_125_12_139_695-ENGL.docx | | | | |

## 800 Series: Miscellaneous Records

| | | | | | |
|---|---|---|---|---|---|
| 805 | FBI 302 by SA Saurez – Documenting phone number of TPI 1 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 805R | Redacted version of Exhibit 805R | | | | |
| 806 | FBI 302 by SA Saurez – Documenting phone number of TPI3 | | | | |
| 806R | Redacted version of Exhibit 806R | | | | |
| 810 | Affidavit of SA Bonura in support of search warrant for E. Tunis's Device | | | | |
| 810R | Redacted first page of Exhibit 810 | | | | |
| 811 | 302 SA Bonura – arrest warrant service 5/11/22 | | | | |
| 820 | Call | x | X | Dugue | 5/15/25 |
| 820T | Transcript of Call | x | | | |
| 830 | List of CAM Hostage Taking Victims | x | x | Rachel Miller | 5/7 |
| 840 | Map of Caribbean | x | x | Matt Miller | 5/6 |
| 841 | Map of Haiti | x | x | Matt Miller | 5/6 |
| 842 | Map of Haiti, with Location 1 – route of escape | x | x | Zach Harrison | 5/7 |
| 842A | Map of Haiti, with Location 1 – route of escape (marked by Austin Smucker) | | | | |
| 843 | Map of Hostage Location 1 – Wide Map | x | x | Zach Harrison | 5/7 |
| 844 | Map of Hostage Location 1 – Wide Map | x | x | Zach Harrison | 5/7 |
| 845A | Map of Hostage Location 1 | x | x | Zach Harrison | 5/7 |
| 820A | Voice Call EXCERPT struck | X | X | Dugue | 5/15 |
| 820T.1 | Transcript Excerpt | X | X | Dugue | 5/15 |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 845B | Map of Hostage Location 1 (marked by Cherilyn Noecker) | x | x | Zach Harrison | 5/7 |
| 846 | Map of Hostage Location 2 | x | x | Zach Harrison | 5/7 |
| 847 | Map of Hostage Location 1 and Hostage Location 2 | x | x | Zach Harrison | 5/7 |
| 848 | Map of Haiti – CAM Compound & Orphanage | x | x | Matt Miller | 5/6 |
| 850 | Walder St. Louis Plea | | | | |
| 860 | SA Montilla Report of Interview 1 | | | | |
| 860A | Past Recollection Recorded – SA Montilla (Ph. No. 509- | | | | |
| 861 | SA Montilla Report of Interview 2 | | | | |
| 861A | Past Recollection Recorded – SA Montilla | | | | |
| 862 | 302 for Witness re Shedner Germine Jail Call | | | | |
| 862A | Past Recollection Recorded – SA Augustyniak | | | | |
| 863 | SA Bonura Report of Interview | | | | |
| 863A | Past Recollection Recorded - SA Bonura | | | | |
| 870 | Screen shot of CAM group text | x | x | Matt Miller | |
| 871 | Phone number TPI 1 (Barry) | x | Phone Number only | | |
| 872 | SA Harrison Text Messages | | | | |
| 872A | SA Harrison Text Messages - Redacted | | | | |
| 880 | Affidavit of SA Bonura | | | | |
| 881 | Affidavit of SA Bonura | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 881A | Affidavit of SA Bonura – Redacted | | | | |
| 890 | Diary of Rachel Miller | | | | |
| 895 | Transcript of Interview of Walder St. Louis 10.31.21 | | | | |
| 896 | Isidor 302 dated 12/05/21 | x | **Phone # Only** | Dugue | 5/14 |
| **900 Series: Videos** | | | | | |
| 900 | Lanmo Sanjou Video – 17 Missionaries | x | x | Harrison | 5/6 |
| 900T | Translation Ex. 900 | x | x | Harrison | 5/6 |
| 900C | Certification of the Translation of Ex. 900 | | | | |
| 900.1 | Summary Clip | x | x | Harrison | 5/6 |
| 901 | Germine Fendi video jail | x | x | Harrison | 5/6 |
| 903 | Photograph of Lanmo San Jou | x | x | Pelice | 5/6 |
| 930 | Prior Statement – Pelice Le Moniteur | | | | |
| 930T | Translation Prior Statement – Pelice Le Moniteur (Partial) | | | | |
| 930T2 | Translation Prior Statement – Pelice Le Moniteur (Full) | x | | Dugue | 5/14 |
| 931 | Prior Statement – Pelice 552 | | | | |
| 931T | Translation of Prior Statement – Pelice 552 | x | **Portion** | Dugue | 5/14 |
| 932 | Prior Statement – Pelice 541 | | | | |
| 932T | Translation of Prior Statement – Pelice 541 | x | **Portion** | Dugue | 5/14 |
| 933 | Prior Statement – Pelice 537 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 933T | Translation of Prior Statement – Pelice 537 | | | | |
| 934 | Prior Statement – Pelice, 23 March 2022 | | | | |
| 934T | Translation of Prior Statement – Pelice, 23 March | | | | |
| 935 | Prior Statement – Pelice, 10 March 2022 | | | | |
| 935T | Translation of Prior Statement – Pelice, 10 March | | | | |
| 936 | Prior Statement – Pelice, 1 March 2022 | | | | |
| 936T | Translation of Prior Statement – Pelice, 1 March | | | | |
| 937 | Prior Statement – Pelice, 1 May 2022 | | | | |
| 937T | Translation of Prior Statement – Pelice, 1 May | x | Portion | Dugue | 5/14 |
| 938 | Prior Statement – Pelice, 05 March 2022 (19310) | | | | |
| 938T | Translation of Prior Statement – Pelice, 05 March 2022 (19310) | | | | |
| 938C | Certificate of Translation for 938T & 939T | | | | |
| 939 | Prior Statement – Pelice, 05 March 2022 (19309) | x | Portion | Dugue | 5/14 |
| 939T | Translation of Prior Statement – Pelice, 05 March 2022 (19309) | | | | |
| 940 | Prior Statement – Pelice, 3/6/22 (19313) | | | | |
| 940T | Translation of 940 | x | Portion | Dugue | 5/14 |
| 941 | Prior Statement – Pelice, 3/6/22 (19322) | | | | |
| 941T | Translation of 941 | | | | |
| 942 | Prior Statement – Pelice, 3/6/22 (19325) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 942T | Translation of 942 | | | | |
| 943 | Prior Statement – Pelice, 3/6/22 (19328) | | | | |
| 943T | Translation of 943 | | | | |
| 944 | Prior Statement – Pelice, 3/6/22 (19330) | | | | |
| 944T | Translation of 944 | | | | |
| 950 | Aerial footage – 12/10/21 | | | | |
| 951 | Aerial footage – 12/11/21 | x | x | Austin Smucker | 5/12 |
| 951A | Aerial footage – 12/11/21 (Marked by Austin Smucker) | | | | |
| 952 | Aerial footage – 12/11/21 | | | | |
| 953 | Aerial footage – 12/13/21 | x | x | Austin Smucker | 5/12 |
| 954 | Aerial footage – 12/16/21 | | | | |
| 960 | Sitreps | x | Pg 80 – Phone # read | | |
| 970 | Excel Spreadsheet – Key Videos | x | | | |
| **1000 Series: Physical Evidence** | | | | | |
| 1000 | Tunis Phone – Apple iPhone 11 | | | | |
| **1100 Series: Stipulations** | | | | | |
| 1100 | Stipulations of the Parties | | | | |
| 1100.2 | Stipulation page 2 | x | x | | 5/7 |
| 1100.3 | Stipulation page 3 | | | | |
| 1101 | Stipulation of the Parties | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | DATE |
|---|---|---|---|---|---|
| 1101.2 | Stipulation page 2 | | | | |
| 1101.3 | Stipulation page 3 | | | | |