Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

UNITED STATES OF AMERICA
VS.
JOLY GERMINE

Civil/Criminal No. CR 22-161

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | 820T Transcript of 3-way Call | 5/9 | | Kerline Mathieu | |
| 2 | Le Moniteur 509/Caribe Radio Trans. | 5/13 | | Jones Isidor | |
| 3 | STIPULATION OF THE PARTIES | 5/14/25 | 5/14/25 | | |