| Date | Time | Calling Party | Called Party | Approximate Duration |
|---|---|---|---|---|
| 10/16/2021 | 10:18:11 AM | *4844 – Lanmo San Jou | *9267 - Koleg | 1.6 minutes |
| 10/16/2021 | 10:23:16 AM | *7070 - Vitel'homme | *4844 - Lanmo San Jou | 31 seconds |
| 10/16/2021 | 10:46:24 AM | *5752 - Germine | *7977 - Lanmo San Jou | 45 seconds |
| 10/16/2021 | 11:06:31 AM | *4844 – Lanmo San Jou | *9267 - Koleg | 50 seconds |
| 10/16/2021 | 11:15:28 AM | *4844 - Lanmo San Jou | *5752 - Germine | 18 seconds |

| Date | Time | Calling Party | Called Party | Approximate Duration |
|---|---|---|---|---|
| 10/16/2021 | 10:46:24 AM | *5752 - Germine | *7977 - Lanmo San Jou | 45 seconds |
| 10/16/2021 | 11:06:31 AM | *4844 - Lanmo San Jou | *9267 - Koleg | 50 seconds |
| 10/16/2021 | 11:15:28 AM | *4844 - Lanmo San Jou | *5752 - Germine | 18 seconds |
| 10/16/2021 | 11:23:53 AM | *5752 - Germine | *4844 - Lanmo San Jou | 9.7 minutes |
| 10/16/2021 | 11:39:57 AM | *5752 - Germine | *7070 - Vitel'homme | 30.2 minutes |

| Three-way Call | 10/16/2021 | 1:44:49 PM | *5752 - Germine | *7070 - Vitel'homme | 17.75 minutes | |
|---|---|---|---|---|---|---|
| | 10/16/2021 | 1:48:23 PM | *4844 - Lanmo San Jou | *5752 - Germine | 3.5 minutes | |
| | 10/16/2021 | 1:54:13 PM | *2040 - Gaspiyay | *5752 - Germine | 10.9 minutes | |

| Date | Time | Calling Party | Called Party | Approximate Duration |
|---|---|---|---|---|
| 10/16/2021 | 3:30:22 PM | *5752 - Germine | *4844 - Lanmo San Jou | 14 seconds |
| 10/16/2021 | 3:35:28 PM | *4844 - Lanmo San Jou | *5752 - Germine | 21 seconds |
| 10/16/2021 | 3:36:36 PM | *9267 - Koleg | *4844 - Lanmo San Jou | 30 seconds |
| 10/16/2021 | 3:43:02 PM | *8710-Germine | *4844 - Lanmo San Jou | 2 seconds |
| 10/16/2021 | 3:43:10 PM | *8710-Germine | *4844 - Lanmo San Jou | 4.3 minutes |
| 10/16/2021 | 4:00:38 PM | *5752 - Germine | *4844 - Lanmo San Jou | 9 seconds |
| 10/16/2021 | 4:01:54 PM | *4844 - Lanmo San Jou | *2040 - Gaspiyay | 25 seconds |
| 10/16/2021 | 4:14:33 PM | *5752 - Germine | *2040 - Gaspiyay | 10.1 minutes |
| 10/16/2021 | 4:21:19 PM | *5752 - Germine | *4844 - Lanmo San Jou | 3.1 minutes |
| 10/16/2021 | 4:34:03 PM | *2040 - Gaspiyay | *4844 - Lanmo San Jou | 4.3 minutes |
| 10/16/2021 | 4:46:35 PM | *2040 - Gaspiyay | *4574 - Zo | 59 seconds |
| 10/16/2021 | 4:59:47 PM | *4844 - Lanmo San Jou | *5752 - Germine | 1.6 minutes |
| 10/16/2021 | 5:16:21 PM | *4574 - Zo | *2040 - Gaspiyay | 22 seconds |
| 10/16/2021 | 5:33:05 PM | *5752 - Germine | *4844 - Lanmo San Jou | 4.6 minutes |
| 10/16/2021 | 5:47:49 PM | *4844 - Lanmo San Jou | *5752 - Germine | 3.1 minutes |
| 10/16/2021 | 6:32:36 PM | *5752 - Germine | *4844 - Lanmo San Jou | 47 seconds |
| 10/16/2021 | 6:33:54 PM | *5752 - Germine | *7977 - Lanmo San Jou | 4.4 minutes |
| 10/16/2021 | 6:38:36 PM | *5752 - Germine | *7977 - Lanmo San Jou | 43 seconds |
| 10/16/2021 | 6:45:43 PM | *7977 - Lanmo San Jou | *5752 - Germine | 43 seconds |
| 10/16/2021 | 6:49:06 PM | *7977 - Lanmo San Jou | *5752 - Germine | 35 seconds |
| 10/16/2021 | 7:00:40 PM | *7977 - Lanmo San Jou | *5752 - Germine | 11 seconds |
| 10/16/2021 | 7:03:20 PM | *7977 - Lanmo San Jou | *5752 - Germine | 1.1 minutes |
| 10/16/2021 | 7:07:57 PM | *7977 - Lanmo San Jou | *5752 - Germine | 2.0 minutes |

**Three-way Call**

| Date | Time | Calling Party | Called Party | Approximate Duration |
|---|---|---|---|---|
| 10/22/2021 | 4:00:38 PM | *7364 - TPI 1 | *4217 - Lanmo San Jou | 4.8 minutes |
| 10/22/2021 | 4:27:11 PM | *4217 - Lanmo San Jou | *7364 - TPI 1 | 42 seconds |
| 10/22/2021 | 4:29:10 PM | *4217 - Lanmo San Jou | *7364 - TPI 1 | 1.7 minutes |
| 10/22/2021 | 7:09:10 PM | *7364 - TPI 1 | *4217 - Lanmo San Jou | 12.3 minutes |
| 10/22/2021 | 10:04:12 PM | *3383 - Gaspiyay | *7977 - Lanmo San Jou | 1.3 minutes |
| 10/22/2021 | 10:26:13 PM | *2040 - Gaspiyay | *7977 - Lanmo San Jou | 1.9 minutes |
| 10/22/2021 | 10:32:07 PM | *5752 - Germine | *3383 - Gaspiyay | 9.6 minutes |
| 10/22/2021 | 10:33:15 PM | *7977 - Lanmo San Jou | *5752 - Germine | 4.3 minutes |
| 10/22/2021 | 10:42:52 PM | *5752 - Germine | *2040 - Gaspiyay | 55 seconds |
| 10/22/2021 | 10:44:17 PM | *5752 - Germine | *7070 - Vitel'homme | 11.4 minutes |
| 10/22/2021 | 11:01:43 PM | *5752 - Germine | *7977 - Lanmo San Jou | 3.5 minutes |
| 10/22/2021 | 11:40:43 PM | *4574 - Zo | *5752 - Germine | 32 seconds |
| 10/22/2021 | 11:51:54 PM | *2040 - Gaspiyay | *7977 - Lanmo San Jou | 3.0 minutes |

| Date | Time | Calling Number | Called Number | Approximate Duration |
|---|---|---|---|---|
| 11/10/2021 | 11:53:08 AM | *1987 - TPI 2 | *4217 - Lanmo San Jou | 10.2 minutes |
| 11/10/2021 | 3:12:57 PM | *1256 - Zo | *7977 - Lanmo San Jou | 23 seconds |
| 11/10/2021 | 6:30:36 PM | *1256 - Zo | *2263 - Germine | 9.1 minutes |
| 11/10/2021 | 6:40:59 PM | *1256 - Zo | *2263 - Germine | 1.8 minutes |
| 11/10/2021 | 6:49:37 PM | *1256 - Zo | *2263 - Germine | 1.4 minutes |
| 11/10/2021 | 7:54:59 PM | *1256 - Zo | *3383 - Gaspiyay | 38 seconds |
| 11/10/2021 | 7:56:22 PM | *3383 - Gaspiyay | *1256 - Zo | 33 seconds |
| 11/10/2021 | 7:57:10 PM | *3383 - Gaspiyay | *1256 - Zo | 15 seconds |
| 11/10/2021 | 8:30:42 PM | *7977 - Lanmo San Jou | *1256 - Zo | 59 seconds |
| 11/10/2021 | 9:52:19 PM | *3383 - Gaspiyay | *7977 - Lanmo San Jou | 1.7 minutes |
| 11/10/2021 | 10:13:43 PM | *1256 - Zo | *2263 - Germine | 2 seconds |
| 11/10/2021 | 10:13:50 PM | *1256 - Zo | *2263 - Germine | 2 seconds |

| Date | Time | Calling Number | Called Number | Approximate Duration |
|---|---|---|---|---|
| 11/20/2021 | 2:02:16 PM | *8710 - Germine | *0721 - Unknown Male 1 | 35 seconds |
| 11/20/2021 | 5:43:33 PM | *7977 - Lanmo San Jou | *0721 - Unknown Male 1 | 32 seconds |
| 11/20/2021 | 5:54:30 PM | *4217 - Lanmo San Jou | *1987 - TPI 2 | 1 seconds |
| 11/20/2021 | 5:55:13 PM | *4217 - Lanmo San Jou | *1987 - TPI 2 | 2.2 minutes |
| 11/20/2021 | 6:20:55 PM | *7977 - Lanmo San Jou | *0721 - Unknown Male 1 | 2.2 minutes |
| 11/20/2021 | 6:24:00 PM | *0721 - Unknown Male 1 | *8710 - Germine | 26 seconds |

| Date | Time | Calling | Called Number | Approximate Duration |
|---|---|---|---|---|
| 12/5/2021 | 9:16:45 AM | *4844 - Lanmo San Jou | *9220 - Vitel'homme | 32 seconds |
| 12/5/2021 | 12:30:32 PM | *4844 - Lanmo San Jou | *7070 - Vitel'homme | 35 seconds |
| 12/5/2021 | 2:07:35 PM | *3489 - TPI 3 | *7070 - Vitel'homme | 1.2 minutes |
| 12/5/2021 | 2:20:59 PM | *3489 - TPI 3 | *7070 - Vitel'homme | 34 seconds |
| 12/5/2021 | 3:09:32 PM | *3489 - TPI 3 | *7070 - Vitel'homme | 20 seconds |

| Date | Time | Calling Party | Called Party | Approximate Duration |
|---|---|---|---|---|
| 12/5/2021 | 7:46:44 PM | *9220 - Vitel'homme | *4844 - Lanmo San Jou | 32 seconds |
| 12/5/2021 | 7:47:52 PM | *4844 - Lanmo San Jou | *9220 - Vitel'homme | 10 seconds |
| 12/5/2021 | 8:15:01 PM | *4844 - Lanmo San Jou | *7070 - Vitel'homme | 56 seconds |
| 12/5/2021 | 8:15:45 PM | *2140 - Germine | *9220 - Vitel'homme | 13.9 minutes |
| 12/5/2021 | 8:40:13 PM | *4844 - Lanmo San Jou | *7070 - Vitel'homme | 1.3 minutes |

| Call Date | Time | Calling Number | Called Number | Approximate Duration |
|---|---|---|---|---|
| 12/16/2021 | 12:11:20 AM | *2140 - Germine | *7070 - Vitel'homme | 3.1 minutes |
| 12/16/2021 | 8:42:59 AM | *1256 - Zo | *8710 - Germine | 2.2 minutes |
| 12/16/2021 | 8:46:59 AM | *1256 - Zo | *8710 - Germine | 3.2 minutes |
| 12/16/2021 | 8:59:17 AM | *2140 - Germine | *9220 - Vitel'homme | 4.7 minutes |
| 12/16/2021 | 9:26:56 AM | *1256 - Zo | *8710 - Germine | 30 seconds |
| 12/16/2021 | 9:27:47 AM | *1256 - Zo | *8710 - Germine | 1 seconds |
| 12/16/2021 | 9:28:43 AM | *1256 - Zo | *8710 - Germine | 1 seconds |
| 12/16/2021 | 9:31:35 AM | *1256 - Zo | *4844 - Lanmo San Jou | 2 seconds |
| 12/16/2021 | 10:16:12 AM | *1256 - Zo | *2140 - Germine | 9 seconds |
| 12/16/2021 | 10:19:12 AM | *2140 - Germine | *9220 - Vitel'homme | 3.5 minutes |
| 12/16/2021 | 10:54:27 AM | *7070 - Vitel'homme | *2140 - Germine | 4.6 minutes |
| 12/16/2021 | 11:39:28 AM | *2140 - Germine | *7070 - Vitel'homme | 1.2 minutes |
| 12/16/2021 | 11:47:42 AM | *1256 - Zo | *4844 - Lanmo San Jou | 36 seconds |
| 12/16/2021 | 11:54:19 AM | *1256 - Zo | *4844 - Lanmo San Jou | 32 seconds |
| 12/16/2021 | 12:34:35 PM | *2140 - Germine | *9220 - Vitel'homme | 1 seconds |
| 12/16/2021 | 12:43:28 PM | *2140 - Germine | *9267 - Koleg | 5.9 minutes |