# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-699 (JDB) |
| | : | |
| JOLY GERMINE, | : | |
| | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Joly Germine, by and through his undersigned counsel present the attached Statement of Facts in support of his guilty plea to the indictment.

Respectfully submitted,

/s/
_____
Elita C. Amato, # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
Tel. No. 703-522-5900
Fax No. 703-997-7775
Amato.law@comcast.net
Amato@amatoatlaw.com

/s/
_____
Allen H. Orenberg, #395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Ave., 6th Fl
Tel. No. 301-984-8005
Fax No. 301-984-8008
Cellphone 301-807-3847
aorenberg@orenberglaw.com

1

## CERTIFICATE OF SERVICE

**I CERTIFY** that this motion was filed electronically and service was made to government counsel through the ECF system this 31st day of January 2024.

_____/s/_____
Elita C. Amato, Esq.

In the District of Columbia and elsewhere – Joly Germine personally and/or by aiding and abetting others did the following:

## Count 1 - CONSPIRACY TO VIOLATE THE EXPORT CONTROL REFORM ACT

Between on or about March 1, 2021 and through to on or about Nov 8, 2021 Germine  knowingly and willingly joined the charged conspiracy by entering into an agreement with others to export and cause the exportation of firearms and ammunition from the United States to Haiti without having first obtained the required licenses from Department of Commerce, Bureau of Industry and Security ("BIS"), in violation of 50 USC 4819 and 554(a).

The firearms and ammunition which were purchased in furtherance of the conspiracy all required an export license issued by the Department of Commerce's Bureau of Industry and Security.

A Co-conspirator in Haiti wired monies to co-conspirators in the United States for the purpose of purchasing the firearms listed in paragraph 28 ii of the second superseding indictment with the intent to ship or cause to be shipped those firearms to Haiti without having obtained the required licenses to export said firearms to Haiti.

Co-conspirators falsely filled out ATF Form 4473 in order to purchase the firearms listed in paragraph 28 jj of the second superseding indictment.

## Count 2 - CONSPIRACY TO COMMIT SMUGGLING AND TO DEFRAUD THE UNITED STATES

From on or about March 1, 2021 through on or about November 8, 2021 Germine entered into an agreement with others to smuggle firearms between the United States and Haiti, in violation of 18 U.S.C. 554(a), and to defraud the United States by interfering with and obstructing a lawful governmental function, that is the enforcement by ATF of the laws and regulations related to the purchase of firearms by means of deceit.

Mr. Germine intentionally joined and entered into the agreement to have firearms smuggled from the United States to Haiti.

A co-conspirator wired monies to co-conspirators in the United States for the purpose of purchasing the firearms listed in paragraph 28 ii Co-conspirators purchased the firearms listed in paragraph 28 ii of the Second superseding indictment with the intent to ship or cause to be shipped those firearms to Haiti without having obtained the required licenses to export said firearms to Haiti.

Co-conspirators falsely filled out ATF Form 4473 in order to purchase the firearms listed in paragraph 28 jj of the second superseding indictment.

**Counts 3 through 17 - VIOLATION OF THE EXPORT CONTROL REFORM ACT**

On each of the dates listed in paragraph 32 of the second superseding indictment Germine knowingly and willfully along with others whom he aided and abetted, purchased the identified firearms and did attempt to export the listed firearms to Haiti without having first obtained the required licenses from BIS, in violation of the Export Control Reform Act. All the firearms listed in paragraph 32 of the second superseding indictment are firearms on the Commerce Control List and required a license for export.

**Counts 18, 19, 20 - SMUGGLING**

On October 9, 2021; October 11, 2021 and October 19, 2021 Germine and/or others with respect to whom he aided and abetted did attempt to export and send firearms and ammunition from the United States to Haiti and co-conspirators concealed said firearms and ammunition prior to exportation knowing the same to be intended for exportation contrary to the Export Control Reform Act and Export Administration Regulations [50 U.S.C. 4819] and contrary to a law and regulation of the United States.

**Counts 21-34 - LAUNDERING OF MONETARY INSTRUMENTS (PROMOTION)**

On each of the dates specified in paragraph 40 of the second superseding indictment, in the currency amounts specified therein, and via either MoneyGram or Western Union as specified, Germine either personally and/or by aiding and abetting another did transport and transfer monetary instruments and funds as described in paragraph 40 with the intent to promote the carrying on of a specified unlawful activity, that is smuggling of firearms and ammunition from the United States to Haiti. The money transfers were sent from Haiti to the United States.

**Counts 35 - 48 - LAUNDERING OF MONETARY INSTRUMENTS (PROCEEDS)**

On each of the dates listed in counts 35 -48 of the second superseding indictment Germine, either personally or by aiding and abetting another, conducted or attempted to conduct, financial transactions as identified in counts 35-48 of the second superseding indictment for the purpose of carrying out the unlawful activity of smuggling.

Germine aided and abetting others to receive money through MoneyGrams or Western Union on the dates and in the amounts listed in counts 35-48 of the second superseding indictment. These transactions occurred between Haiti and the United States and affected interstate and foreign commerce.

Germine knew that some of the monies sent were the proceeds of some form of unlawful activity and he requested the funds be transferred from Haiti to the United States

2

with the intent to promote the carrying on of specified unlawful activity, that is, the smuggling of firearms and ammunition from the United States to Haiti. Germine knew that the property involved in the financial transactions represented included the proceeds of some form of unlawful activity, that is illegal 400 Mawozo gang activity.  Germine also agrees that prosecution can prove beyond a reasonable doubt that the property involved in the financial transactions were in fact proceeds some of which involved the specified unlawful activity of kidnappings of U.S. citizens for ransom.

I HAVE READ THE ABOVE STATEMENT OF FACTS AND I AGREE THAT THE STATEMENT OF FACTS ARE TRUE AND CORRECT.

Joly Germine   DATE 1/31/2024

3