**Exhibit C – Placeholder**

The CM-ECF system indicated an error with the pdf of this exhibit. The government will provide the Court, defense counsel, and the Clerk's Office with this exhibit through alternate means