IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - - - - - - )

UNITED STATES OF AMERICA            *

    vs.                            * CASE NO. 2020-R-00500

JOLY GERMAINE, et al.               *

- - - - - - - - - - - - - - - - - )

File: 17911_220503_1305.mp3




Interview of:

JOLY GERMAINE








GOVERNMENT
EXHIBIT

600.T

APPEARANCES:

    DETECTIVE FRITZ
    INTERPRETER

P R O C E E D I N G S

INTERPRETER:  (Untranslated.)

UNIDENTIFIED MALE:  So he -- obviously he remembers us from the last time we were here.  So what we -- like we did before, before we talk to you (indiscernible) we need to explain to you your rights.  So Fritz (ph.) here is going to read your rights to you.  He's going to let you know what they are, and if you want to talk to us, you just let us know afterwards.

I think it's -- is he okay to read it?

INTERPRETER:  Yeah.

(Untranslated.)

UNIDENTIFIED MALE:  Do you want, do you want a snack?

GERMAINE:  No.

UNIDENTIFIED MALE:  No?

UNIDENTIFIED MALE:  So, listen, I know this is probably a very overwhelming experience for him.  I want him to (indiscernible) and I want him to know that, like we explained, he can feel free to stop answering questions.

But, kind of like we talked about, right? (Indiscernible) so on the advice of an attorney (indiscernible)?

And over the last several months, like, been learning a lot about Haiti and about (indiscernible).

And because of that, I mean, look, man I don't know (indiscernible) going to say, but keep it real, right? And that's why we're talking to you.

So I want to talk to you about two things. All right? One of those things is weapons (indiscernible). And the other thing is the gang and your political connections.

Now, are those things that you might be able to provide some information?

GERMAINE: Yes.

BY UNIDENTIFIED MALE:

Q. Okay. So, where do you -- we saw the weapons you imported. So what do you know about weapons trafficking (indiscernible)?

A. Are we talking about (indiscernible) or (indiscernible) or everything?

Q. So let's start with the guys who are affiliated with you, then we can branch out to other people.

A. I don't know much about other people.

Okay. So one of the women (indiscernible) like I told you before is (indiscernible).

Q. Okay.

A. Okay. There are some people in the United States that my guys talk to and to get their weapons to the U.S. -- I mean to Haiti. I talked to them as well.

Q. Okay. Now who --

A.   -- and Lanmo talked to them as well.

Q.   Okay.  So who are those people, specifically?

A.   You guys already arrested them and they were not doing this voluntarily.

Q.   Okay.  So I know we've arrested some people, but I need you to tell me their names, right?  This is how we start to establish some trust and rapport between each other.

A.   Teaser (ph.), Josalyn (ph.) or Jocelyn, and Walder.

Q.   Okay.

A.   Okay.  Eliande Tunis (ph.).

Q.   Does he know a person by the name of Santia G (ph.)?

INTERPRETER:  That is -- I just asked a little bit more question.  So he said, yes, he knows Santia and he's -- Santia is his brother's girlfriend.

BY UNIDENTIFIED MALE:

Q.   Okay.  What is Santia's role in this or with the gang?

A.   She's a kid, she doesn't know anything.

Q.   No connection?

A.   She cooks for him.

Q.   She cooks for him.  Does she -- and, again, I just want to confirm, she has nothing to do with weapons

trafficking and nothing to do with the gang, any gang affiliation?

A.    No.

Q.    Okay.  So let's go back to the folks that he remembered.  Jocelyn, Tunis and -- all right.  So tell me what they were doing specifically.  How did -- what was their role?

A.    They didn't do it voluntarily.  Lanmo threatened them, to attack their families, so they had to do it to protect their families and themselves whenever they visit Haiti.

Q.    Okay.  Now, let's be -- we got to be straight forward, they weren't doing this to make money and they weren't doing it because Tunis is your girlfriend?

INTERPRETER:  Like I said, he had -- he has a relationship with Tunis.

UNIDENTIFIED MALE:  Okay.

INTERPRETER:  Right?  And he's like, well, she has -- after verifying exactly what type of relationship --

UNIDENTIFIED MALE:  Yup.

INTERPRETER:  -- like, we're just a relationship just a friend and then I'm like, well, what type of relationship?  He's like, well, it's love -- I mean, a love relationship like they are together, right?

UNIDENTIFIED MALE:  Okay.

INTERPRETER:  But she's married.

BY UNIDENTIFIED MALE:

Q.  Okay.  Right, and look, I mean the heart wants what the heart wants, right?  You can't do anything about that.

A.  (Laughter.)

Q.  So listen, so let's -- we'll circle back to that. All right?  So how did they get the guns from United States into Haiti?

A.  I don't know.  But I'll tell you that again, she's not doing it voluntarily.  She's just there.  She wants to be able to (indiscernible) to be in Haiti and not have to worry about her safety or the safety of her family.

UNIDENTIFIED MALE:  Right.  We don't have the Creole messages?

INTERPRETER:  Hmm?

UNIDENTIFIED MALE:  Do we have the Creole messages?

INTERPRETER:  Yeah, some of them are in Creole. Here is like -- there, that's in Creole, that's the English part.

UNIDENTIFIED MALE:  But just --

INTERPRETER:  I can translate that for him.

UNIDENTIFIED MALE:  All right.  So -- all right. We'll go here in a second.

So let me ask you this. So listen, man --

INTERPRETER: Another one that's really better that was talking about, like, sexual stuff.

UNIDENTIFIED MALE: Okay.

BY UNIDENTIFIED MALE:

Q. So remember when we spoke the first time? And I told you that I think a lot of this stuff was going on is being supported or directed by people higher than --

A. Okay.

Q. All right. And remember when I also told you that, and we talked about this to, that it's unfair for you to be in jail and these people to be running around making (indiscernible).

A. Yeah, there's no one above him, like, giving him orders. And someone might have told Lanmo to do something. But sometimes Lanmo is not sharing with him what he's being directed to do.

Q. So you're not, you're not running the gang?

A. No, I'm in jail. Let me explain.

Lanmo is a family member, we worked together, (indiscernible) also. I was with them before, but I don't do -- I didn't do kidnappings or stealing people's stuff. Because of political reasons that I'm in jail.

Q. Okay. What are the political reasons?

A. Around 2011, 2012, there were a lot of insecurity

in the area, so I decided to fight against what was going on at the time.  So I decided to, you know, go against them only because they were mistreating the population, stealing their properties, and the population started supporting me because I was preventing people from stealing cattles and --

Q.    I remember.

A.    Okay.  So in 2014 the senator, Senator (indiscernible) asked me to join him, right?  And that way he could get all the votes from the people in the population supporting me.  So I decided to join forces with him, and then he got me arrested.  (Indiscernible) on Carrie Radio (ph.), he did say that he was the one who got me arrested.  And they said that he was the one preventing me from being free.  Because he was a senator, he influenced judges, you know, to keep me in jail.  Even when the judge wanted to let me go.

Q.    Okay.  So let's talk about -- so he mentioned, and we'll get back to the senators, but he mentioned, I guess (indiscernible) Lanmo San Jous as being family members (indiscernible) involved in the gang.

A.    Yeah.

Q.    What about Zo (ph.)?

A.    Cousins.

Q.    And is he involved in the gang as well?

A.    Yes, he was part of it.

Q.   And what is or was his role?

A.   He was the third one in charge.

Q.   He was the third one in charge.  So how does the structure --

A.   Lanmo, Gaspia (ph.), then Zo.

Q.   So where are you?  You're the king of the gang, man, come on.

A.   He's like, yeah, some of them called me King but they just listen to when I talk because they respect me. Because Lanmo is a family member and I was there first, so they respect my opinion.  Lanmo started being the head of the gang in 2017, and I got arrested in 2014.

Q.   So --

A.   No, 2015 I got arrested.

Q.   Okay.  So who was in charge of the gang in the two years --

A.   There was a guy they called him Obama (ph.).  Don Kerouj.

Q.   Don, (indiscernible) Don?

A.   K-e-r-o-u-j.

INTERPRETER:  Don Kerouj, that would be like red heart gentleman.  I mean that -- you can't translate that, that's just a name.

UNIDENTIFIED MALE:  And he was -- when was he in charge?

UNIDENTIFIED MALE:  '15 to '17.

BY UNIDENTIFIED MALE:

Q.  So, let's talk about --

A.  Obama was in charge with Don Kerouj.

Q.  With Obama?

A.  Yeah.

INTERPRETER:  I was verifying if he knows their real name, but -- they both died.

BY UNIDENTIFIED MALE:

Q.  And then Lanmo San Jous took over?

A.  Yeah.

Q.  Okay.  What about (indiscernible)?

A.  So (indiscernible) is a friend, but he's a gang member in a different area.  However, they are allies.

Q.  They're allies.  So now, this is where we need to be honest, right?  So we've talked about this, we'll get to these in a minute (indiscernible).  So if you -- if we're going to help you and the situation that you find yourself now, but you got to be honest with us, okay?  And it's been, it's been a very long time since we spoke, right?

In between the time that we spoke the last time and today, do you think that we've been working to get and learn as much information about you --

A.  I have no idea.

Q.  Well, the answer to that is yes.  And here's

another question I'm going to ask and then I'm going to answer for you --

All right.  So when we start these interviews, do you think that I would ask you questions that I don't already know the answer to?

A.   Maybe what do you think is not exactly what's right.  All right?  What -- well what --

Q.   That's good.

A.   -- you found is not exactly right --

Q.   That's right, because --

A.   -- there's another way for it to be interpreted.

Q.   Because context is important, right?

UNIDENTIFIED MALE:  So can he, can he read?

INTERPRETER:  He did say yes.

UNIDENTIFIED MALE:  Okay.

So I want you to take a look at some of these --

INTERPRETER:  Read what, the English versions?

UNIDENTIFIED MALE:  Well, they're Creole for us and then we can --

GERMAINE:  Yeah.

INTERPRETER:  Okay.

BY UNIDENTIFIED MALE:

Q.   All right.  So, take a look.  Read the Creole and let's see if you recognize where those come from.

A.   Okay.  (Reads text messages in Creole out loud.)

(Germaine and Interpreter converse in Creole.)

INTERPRETER:  He said sorry.

(Germaine and Interpreter converse in Creole.)

INTERPRETER:  So he read his part and then he did identify this picture as a picture of his dick, or penis.

BY UNIDENTIFIED MALE:

Q.    So he recognizes those messages are messages he exchanged between him and Eliande Tunis?

A.    It's been a long time, but it's not impossible.

Q.    All right.  That's fine.  So I'll refresh him, those are messages that you sent to her.  And this book is filled with just some of the messages that we have between you and Tunis.

Now here's the, here's the deal.  I'm talking to you because I think you can help me more than Tunis can. But if you're not going to be honest with me, then I'm going to have to try to make a deal with somebody else.  And now, don't talk just listen --

A.    He just wants --

Q.    Just listen, okay?  So we need to go back because in this book, and all of these messages, it doesn't appear that Lanmo San Jous is intimidating or threatening Tunis. And it's not just messages, it's voice messages, there are photos --

A.    Those pictures and whatever it is that I just read

that has to do with the relationship that I had with her, that has nothing to do with the gang.

Q. What about the guns? It has to do with the guns. Let's, let's go into the guns.

A. No, I don't remember those pictures.

UNIDENTIFIED MALE: Does he remember this, or he doesn't?

INTERPRETER: He doesn't. He does not.

UNIDENTIFIED MALE: Okay.

GERMAINE: Maybe this pictures, I remember this one. Those are bullets, so, yes, I remember this one.

UNIDENTIFIED MALE: How about this one?

INTERPRETER: He said, no.

GERMAINE: No, I don't remember (indiscernible). No, I don't know about those.

(Germaine and Interpreter converse in Creole.)

UNIDENTIFIED MALE: Can you ask him what's in the photos?

(Germaine and Interpreter converse in Creole.)

GERMAINE: Do you have a picture of -- a bigger picture of this one?

BY UNIDENTIFIED MALE:

Q. No, but I can get one when we, when we (indiscernible).

A. It was, like, I do recognize the messages.

However, I can't tell if this gun right here is the same as this one.

Q. Right, because -- what are they talking about in these messages?

A. I do remember that she was getting (indiscernible), right? And here she said, daddy, I got the bullets.

Q. Okay. So if you're not in charge of the gang, why is she talking to you about --

A. To protect my family and to protect, to protect myself and also to help her protect her family and protect herself. So she's -- that's why she was helping me.

Q. Wait, wait, wait, you don't think --

A. You don't have to be in charge of the gang to buy guns.

Q. So why is she sending you information about the guns?

A. Because I have a relationship with her. We're in a relationship. Initially, she was getting threatened.

Q. She was getting threatened by your family though?

A. Okay. Yeah, Lanmo is the one threatening her -- Lanmo is threatening her and threatening her family. She told me about it and that's how we started that relationship. That's how this relationship started.

Q. So why did she say, to you in this text message,

that she's the lady of a gang leader?

A.    She's talking about me.

Q.    Okay.  So why is she calling you a gang leader if you're not the leader of the gang anymore?

A.    Because I was in charge of the gang.  Whenever -- if you're a gang leader, okay, and you're no longer the gang leader, they still call you gang leader.  Even those who are ex-cops, right?  People still call them cops.

Q.    So what we believe is that Tunis was in a relationship with Lanmo San Jous before you; is that correct?  Because he thought he was the leader of the gang.

A.    They used to talk, but I can say that they were having relationship (indiscernible).  Lanmo approached her regarding getting guns and ammo for the gang, and she reported it to me.

Q.    So if she is being threatened -- let's go back to this message again, all right?  So if she's being threatened, and that's why she's reaching out to get advice on what to do, why is she giving you a financial breakdown and asking you not to be upset?

A.    I don't even need to read it, but I don't know what to tell you.  When Lanmo started threatening her, we were not in a relationship.  And I asked her if she wanted to do it and then she said that she's scared, Yon Yon can't do anything (indiscernible) her.  She has to cooperate with

Lanmo because Yon Yon in jail, Yon Yon can't stop Lanmo from doing something bad to her.  So she felt the need to cooperate.

Because she doesn't want to talk to him regarding the arms trafficking, that's why she reached out to me. Now, can I read it?

(Germaine and Interpreter converse in Creole.)

BY UNIDENTIFIED MALE:

Q.   But he has a lot of access and privilege in jail, right?

A.   What do you want to say exactly?

Q.   No, so he's got --

A.   Or, what do you mean by that?

Q.   He has -- he is allowed to do things that other prisoners cannot do, right?

A.   No.

Q.   Now --

A.   We all have the same rights.

Q.   So I mean -- and look, man, I really want to try to work with you, but I don't think he's being honest.  Is he being honest with me?

A.   Everything I'm telling you is true.

(Video plays.)

BY UNIDENTIFIED MALE:

Q.   Okay.  What is that?

A.    For my birthday, people (indiscernible).

Q.    This is in jail?  This is the same rights that everybody -- does everybody get to have a birthday party?

A.    Yeah, they all can do it and they've done it before.

Q.    So I just asked him if he had privileges more than what a regular prisoner had.

A.    All prisoners can do it.  Some prisoners, some prisoners who don't like me, they got the video and they sent it to other people.

Q.    So, I mean --

A.    But they all can do it.

Q.    They all can?

A.    Can.

Q.    They all can do it?

A.    Yes.

Q.    Well, listen, I'm going to be -- you can't do this in the D.C. jail, and that's where we're going today.  Now, I had hoped that we were going to have an honest conversation with each other, but you're -- I'm being straight and I'm being up front and I'm being honest with you.  You don't have an attorney.  Now, do you think it's fair --

A.    Okay.  Like, everything that you asked me about I will just answer it.

UNIDENTIFIED MALE:  Last time, last time we met you, right, we told you then that you could (indiscernible) or potentially get you out of the country (indiscernible). Sorry (indiscernible).

So last time we met with you in Haiti, we said that there was a chance that we could get you out of the country and that we could work together to bring you (indiscernible).

Right now, you're heading to, you're heading to Washington, D.C., okay?  And you're facing charges for weapons trafficking.

INTERPRETER:  (indiscernible) being charged with kidnapping?

UNIDENTIFIED MALE:  (Indiscernible) weapons trafficking, okay?

BY UNIDENTIFIED MALE:

Q.    So this is what we need (indiscernible), okay?  We want to work with you.  We cannot work with you if you're not honest with us.

A.    I don't do that.

Q.    All right.  Okay.

A.    How (indiscernible) do that?

Q.    It's (indiscernible).  You're not, you're not -- we can't help each other.  I can't help you help yourself if you're not going to be honest with you.  We let this -- we

let this case (indiscernible).

A.    Everything that you asked before today I've answered you.  So, what do you want me to tell you?

BY UNIDENTIFIED MALE:

Q.    So here's the thing.  Listen, Germaine, I know you more than I really want to know, right?  Listen, Germaine, it's all right.  Take a minute -- if you need a minute, take a minute.  It's okay.

A.    You guys are wasting my life.

Q.    No, we're trying to help you get out of this situation.  We know you more than we want to.  We know that your family lives in Miami, and we, and we can get -- we may be able to help you make a phone call to your mother, right?  All right?  We know that Santia --

A.    I didn't do anything to deserve to go to jail.  I didn't do anything from inside that jail.

Q.    Well, so unfortunately, the evidence points to the contrary.  Now, regardless of what you -- do you remember when I -- when we spoke the last time and I told you that the United States is a country of laws and you can avail yourself to those laws (indiscernible)?  And that still remains true.

But here's the thing, a lot of people think that because you've done something wrong that you can't be honest with us and us still be willing to help you.  And that's not

true, right?

A.    What I have done that's wrong.

Q.    Well, so I mean --

A.    I mean, what would you want me to do?

Q.    Specifically what's wrong is trafficking weapons from the United States to Haiti.  Specifically, what is wrong is working with Vita Lon (ph.) and Gaspia to kidnap 17 Americans.  So let me -- 17 -- or, 16 Americans, 17 (indiscernible).  But specifically what is wrong is targeting --

A.    I already talked to you about that.  If it depended on me, they would have been free.

Q.    But what about afterwards when you specifically told people to start targeting White Americans because your freedom -- the ticket to freedom?

A.    That's not true.  Why would I attack White people?  Why would I do it from jail?

Q.    I was hoping he would be able to answer that for us.

A.    What have you guys done to me?  Why would I try to attack (indiscernible)?  They think that I'm a criminal, they think that I'm inhumane -- inhumane, but it's just people talking about me.  They arrested me when I was, like, 21.  They've wasted my youth.

Q.    And here's the thing, like, the charges that

you're looking at in the United States carry a very long prison sentence, and this is your opportunity to maybe (indiscernible) the length of time that you're going to go to jail in the United States.  When was the last time that you were able to talk to your mother?

A.    She refuses to talk to me.

Q.    For how long?

A.    I can't remember the last time that we talked.

Q.    You talked to her husband?

A.    (Indiscernible) or the husband is in Haiti.  But, yes, I've talked to him.  It's been a few days since we've talked, but...

Q.    So who else are you talking to from prison?

A.    I talk to a lot of people.

Q.    Okay.  Do you remember names?  I need names.

A.    I mean, I've talked to a lot of people.  I've talked to family members, friends.

Q.    What about members of the gang?

A.    There are phones inside.

INTERPRETER:  Okay.  So I just wanted to verify what type of phone he's talking about.  All the prisoners inside, they have cell phones, right?  And some of them even sell cell phones inside.

UNIDENTIFIED MALE:  Okay.

BY UNIDENTIFIED MALE:

Q.    So, that didn't answer my question though.  Who are you talking to?  Specifically related to the gang.

A.    I talk to all the -- Lanmo, Gaspia, everyone.

Q.    What about --

A.    So he explained that -- he's explaining that they -- they have -- they never -- they are illiterate, right?  They need my guidance, right, so that they don't actually, they don't actually -- so they don't commit too many crimes.

Q.    Well, I think that ship has sailed.  But...

A.    You didn't understand that they are illiterate.  I am always pressuring them not to abuse me.  Like right now, I really don't know what's going to happen over there.

Q.    So let's go back to that, let's be clear, what are you saying right now?

A.    It means that they will wreak havoc and destroy everything.  I need to talk to them because I wouldn't want you guys to blame me for everything.

Q.    So -- okay.  Let's, let's go down this.  So what does he think we should do?

You know what, wait, before he finishes let's do this first.  Let's go into this (indiscernible).  So here's the thing, so I told you that there are lots of laws in the United States, right?  And if you want to, if you want to work with us, one of the things that would -- is helpful to

us is if you can talk to us when you are available. However, when I take you to prison in the U.S. in a typical scenario, there's going to be a period of time, and it could be a very long period of time, a couple of weeks maybe, where we're not going to be able to talk. A couple weeks, maybe longer, we can't really say. Things are slow because of COVID.

So we're going to read this to you. It's going to detail everything. And if you waive this, it allows us to talk to you more easily.

INTERPRETER: You want to tell him if he doesn't go to jail where he will be and how?

UNIDENTIFIED MALE: No. No, no, no.

INTERPRETER: Okay.

He's reading it.

UNIDENTIFIED MALE: Okay.

(Germaine and Interpreter converse in Creole.)

INTERPRETER: Okay. He's answering questions, right?

UNIDENTIFIED MALE: Yeah.

INTERPRETER: If he's going to have a lawyer whenever he gets there.

UNIDENTIFIED MALE: Yes, yes. Right, so -- this is, this is not waiving his rights for a lawyer at all. And if -- obviously, it's probably likely, I don't know how much

money, but the court will appoint a lawyer for him.

INTERPRETER: Okay. He wants to know exactly what, what do you guys want me to do? I'm like, well, let's go over this form first and then if you want to talk to us more, we can --

UNIDENTIFIED MALE: Right. Because also, I want to hear what he thinks he can do.

And, like, here's the deal, man. Like, no pressure. If he doesn't want to do this and he just wants to sit quietly until we go to -- get to jail, then that's on him.

GERMAINE: Yeah, if you want to talk to me I think it's better for me.

UNIDENTIFIED MALE: Okay. So what are his thoughts about signing this?

(Germaine and Interpreter converse in Creole.)

INTERPRETER: I'm just trying to explain to him because he's like, well, I don't want to go to jail. I'm like, well, it's not like we're not going to get there at all. This is giving us more time to actually talk to you.

UNIDENTIFIED MALE: Right.

INTERPRETER: Before you transition to the jail.

BY UNIDENTIFIED MALE:

Q.    So, look, if you don't sign that we go from the airport to the jail. Done. It's what has to happen.

But here's the thing, like, I need -- I want him to be honest (indiscernible).

A.    No (indiscernible).

Q.    That's fine.

A.    Okay.  So (indiscernible).

(Germaine and Interpreter converse in Creole.)

INTERPRETER:  Date (indiscernible)?

UNIDENTIFIED MALE:  2:07, 14:07.

INTERPRETER:  No, Date.  May 3rd?

UNIDENTIFIED MALE:  May 3rd.

INTERPRETER:  Okay.

UNIDENTIFIED MALE:  Tell him he's got nice handwriting.

INTERPRETER:  One witness.  So --

UNIDENTIFIED MALE:  All right.  So, listen, now, all of this --

INTERPRETER:  (Indiscernible) sign it?

UNIDENTIFIED MALE:  Yeah, I just -- I need to (indiscernible).

(Germaine and Interpreter converse in Creole.)

BY UNIDENTIFIED MALE:

Q.    So all of this is contingent on me being able to convince my bosses that he's being straightforward and honest.  So we're going to come back around to what we were talking about before, and I'm going to be honest with you I

think you were being less than honest with us.

But let's start out with something a little easier.  No, it's all right.  Let's start out with something a little easier.

A.  Did you remember that I told you, okay?  There are some people that I, you know, asked to buy guns for the gang so that I could protect my family.  Do you remember that I told you that?

Q.  Sure.  So those were the people?

We'll come back to that.  Let's talk about what he thinks, how he thinks he could help.  We were talking about that before.

A.  Whatever you guys ask me to do, I will do it.  If I can.

Q.  Well, so -- I mean, here's the thing, right?  It's different.  Like, you might be able to do a lot for me if you're the leader of the gang.  If you're the guy that political people are talking to, if you're the guy that's giving directions, like you're important (indiscernible).

Because what he's telling --

A.  I can talk to them, I can convince them only because they are family members, they are family members.

Q.  Okay.  But what I hear, right, is that you might be able to convince them but the guy who's really in charge of them is San Jous and then maybe Gaspia, and then I should

just (indiscernible).

What can he do for me that they can't?  What can he do for me that those guys can't?

A.    Okay.  They won't be able to understand you.  Okay?  And understand whatever it is that you want to accomplish because they are illiterate.  They've never, they've never been to school.

Q.    So what he's saying is that they can't run the day-to-day activities of the gang without his help?

A.    No, that's not what I mean.  What I mean is, whatever it is that they are doing, I'm aware of it because they tell me about it.  Or because they respect me because I was the first one in charge of the gang.

Q.    Okay.  So let's do this.  Let's do the photos.

So my colleague -- let's start with this.  Let's start -- look at some photos and see if he can tell me about some of the folks in the photos.  Is that something he can --

A.    Yes.

Q.    So I'm going to go over here.

A.    Okay.

UNIDENTIFIED MALE:  So I'm going to show you some photos, and just tell me how you know them and we'll go from there.  And if you don't know who they are, no problem.  Just -- do you want, do you want something to eat?

Anything?  Any snacks or anything?  We got all kinds, we got candy, we got --

INTERPRETER:  He just wants to (indiscernible).

UNIDENTIFIED MALE:  He just wants a drink?

INTERPRETER:  Yeah.  But he's not interested in eating anything right now.

UNIDENTIFIED MALE:  All right.  Got you.

BY UNIDENTIFIED MALE:

Q.   Try to see if the -- I don't know if he can --

A.   That's Lanmo.

Q.   Do you know (indiscernible) is?

(Germaine and Interpreter converse in Creole.)

INTERPRETER:  Yeah, yeah, yeah.

GERMAINE:  Lanmo is the one in charge of the gang right now.

BY UNIDENTIFIED MALE:

Q.

A.   That's Ronald (ph.).

Q.   Does he know his last name?

A.   No.  He's not from that area either, he's just trying to go -- he was (indiscernible) in that area.

Q.   Does he have another street name, one (indiscernible)?

A.   Ronald, that's him.

Q.   Does he -- where is he from originally?

A.    It's called Granthier, he's from the Granthier area.

Q.    Gratzi (ph.)?

A.    Grathier, G-r-a-n-t-h-e -- t-h-i-e-r.

Q.    T-h-i-e-r.

A.    Yeah, Granthier.

Q.    Got you, yeah.

A.    And the specific area within Granthier he's from is called Timache, T-i-m-a-c-h-e.

Q.    That's (indiscernible).

A.    He just one of Lanmo's soldiers.

Q.    Okay.

A.    Victor Long (ph.).  He's a gang leader in the Tarcell (ph.) area.

Q.    Okay.

A.    This guy looks like Azukin (ph.).

Q.    Is he like this?

A.    He's one of Lanmo's soldiers as well.

Q.    Got you.

A.    That's Koleg.

Q.    Koleg's with a K, right?

A.    Yeah, K-o-l-e-g.

INTERPRETER:  It's like colleague, but Creole.

GERMAINE:  He's one of Lanmo's soldier's too, and he's from Micho; that's M-i-c-h-o.

BY UNIDENTIFIED MALE:

Q.    From Micho?

A.    Yeah.

Q.    Okay.  Who's that?

A.    He doesn't know him --

Q.    Okay.

A.    -- he does not (indiscernible).

Q.    Got you.

A.    I've been in jail for eight years, there are some people that I just --

Q.    No problem.

A.    -- won't be able to recognize anymore.

Q.    Yeah.

(Germaine and Interpreter converse in Creole.)

INTERPRETER:  I just explained to him that, like, okay.  It's not like these people are necessarily involved in something, we just want to know how he knows them.

He was saying, like, she -- she's not involved in anything, but her name is Vilatt.

BY UNIDENTIFIED MALE:

Q.    Is it Vilatt?

A.    She lives in the -- she's close -- she lives close to the (indiscernible) area, her name is Vilatt, I don't know exactly how to spell it.  But Vilatt is V -- I mean, V-i-l-a-t-t.

Q.   Got you.

A.   Okay.

Q.   Is she -- she's part of the gang or no?

A.   No.

Q.   No.

A.   She's very devoted to the Catholic churches, she's just a church person.  She does not -- has nothing to do with the gang, not involved in the gang.

Q.   He said that he's been out of the gang for --

A.   Yeah, I used to talk to her.  So she's (indiscernible) person (indiscernible).  She's just a church person.  Maybe someone -- not involved.  Church person.

Q.   Okay.

A.   Christian.

Q.   Okay.  Do you recognize --

A.   This was the (indiscernible).  There are people that I only know their name, but I don't know what they look like.

This is Izolan; that's I-z-o-l-a-n.

Q.   Izolan?

A.   Yeah.

Q.   The rapper?

A.   No, it's a different Izolan.

Q.   Okay.  Is --

A.   He's part of the gang too, 400 Mawozo, soldier.

Q.   Soldier?

A.   Yeah.

Kempis (ph.).

Q.   That's number --

A.   He's not related to the (indiscernible) -- I mean to the gang.  He was incarcerated for a moment, that's why he became friends with some of the gang members, but is not part of the gang.

As you can realize, this guy bleaches so it would be a bit hard for me to recognize him.

Q.   He what?

A.   Bleaches.

Q.   He bleaches.

A.   Bleaches his skin.

(Cross-talk.)

BY UNIDENTIFIED MALE:

Q.   How does he know he bleaches?

A.   I mean, since -- I mean (indiscernible) so, yeah, maybe (indiscernible).

This is Pakamouri, P-a-k-a-m-o-u-r-i (indiscernible).

Q.   P as in Papa?

UNIDENTIFIED MALE:  Papa, Kilo --

INTERPRETER:  Papa, yeah.  Papa, Alpha, Kilo, Alpha.

UNIDENTIFIED MALE:  Got you, got you.

BY UNIDENTIFIED MALE:

Q.    (Indiscernible).

A.    So this is -- he lives in the area, resident of the (indiscernible) area but is not part of the gang.

Q.    Who is Pakamouri again?

A.    Hmm?

Q.    So he's not part of the gang, why does he have a name that says (indiscernible)?

A.    Because -- not a part of the gang, they just call him that (indiscernible).

INTERPRETER:  Just asking him if he knows about anything the guy might have been involved with while he was in jail (indiscernible).

BY UNIDENTIFIED MALE:

Q.    Does he know (indiscernible)?

A.    Yeah, a few.

That's Gaspia, number 13.  He's my cousin.

Q.    What's his name?

A.    First name's Stephenson (ph.), just thinking about what the last name could be.

Q.    Stephenson -- so his name is the same name as your brother?

A.    No, his older brother died.  He (indiscernible).

Q.    What's his name?

A.   So his older brother is Peterson (ph.) died, and the younger brother is Stephenson.

Q.   Right.  So he has the same name as Stephenson?  His name's (indiscernible)?

A.   No.  I even call him Don (ph.) sometimes.

Q.   Stephenson -- could it be Germaine (ph.)?  That's (indiscernible).

A.   No.

Q.   No?

A.   No.

Q.   Okay.  His older brother was Peterson?  Gaspia's older brother is Peterson?

A.   No.

Q.   His older brother's Peterson?

UNIDENTIFIED MALE:  His younger brother's Stephenson.

BY UNIDENTIFIED MALE:

Q.   Where is Stephenson at now?

A.   Stephenson is in (indiscernible).

Q.   Okay.

A.   He has a younger brother, younger brother who lives in the area to, but his name is Watson (ph.).

Q.   Watson?

A.   Yeah.

UNIDENTIFIED MALE:  Gaspia has a younger brother

named Watson?

UNIDENTIFIED MALE:  No, he's got a younger brother --

INTERPRETER:  No, he's got --

UNIDENTIFIED MALE:  He's got -- okay.

GERMAINE:  Gaspia's the second in charge.

BY UNIDENTIFIED MALE:

Q.  Who's that?

A.  There are many of them who are a part of the gang, I don't know them, I didn't talk to them.  But --

Q.  We'll just talk about the (indiscernible).

A.  Might be part of the gang, I just don't know his face.

Q.  Okay.  All right.

A.  Okay.  They look like people who escaped from jail.  But like I said, I might not know what they look like.

Q.  Got you.

A.  But they might be part of the gang.

Q.  Got you.

A.  Eighteen, no.

Q.  Eighteen, no.

A.  Nineteen, no.

Q.  Nineteen, no.

Twenty, no?

A.    Twenty, no.

That's Santia (ph.).

Q.    Okay.

A.    She's in a relationship with my younger brother.

Q.    Okay.  Younger brother, which one is it?

INTERPRETER:  That's exactly what I'm asking him.

UNIDENTIFIED MALE:  Oh, I'm sorry.

GERMAINE:  Stephenson.

BY UNIDENTIFIED MALE:

Q.    Wait, the one that's (indiscernible)?  Now, she lives in your house, right?

A.    She lives at Mom's house.  Stephenson already, he has another family in (indiscernible) so they don't really have a relationship right now.

Q.    So why is she staying at your mom's house?

A.    He corrected that.  Like, she lives at her mom's house, not his house or his mom's house.

Q.    Where does his mom live?

A.    She lives in the area (indiscernible).  She lives in the (indiscernible) area.

Q.    Okay.

A.    (indiscernible) area.

Q.    Okay.

A.    (indiscernible) is there.

Q.    Does he know --

A.    No, no, she is not involved with the gang (indiscernible) like --

Q.    Yeah, but he seems to be very clear about who is involved and not for a guy who just said he's been out of it for eight years.

A.    Well, as you can realize she's a female so she might be having relationship with gang members, right?  But it stays a secret.  And then she's -- she talks to Tunis.

Q.    Why'd she talk to Tunis?  Are they related?

A.    No.

Q.    So why does she talk to Tunis?

A.    I have no idea, but I know that they -- that they've been in communication.

Q.    Maybe are they in communication because she's helping her send weapons?

A.    I have no idea.  She started talking to a lot of people in that area.  Whenever she goes there she gives them, like, handouts.

Q.    Handouts for what?

A.    That's what they ask for, people (indiscernible) that's what they do when they go to Haiti.

Q.    But if they're threatening her and her family, and that's why she's bringing in guns, aren't the guns the handout?  Like, why is she (indiscernible)?

BY UNIDENTIFIED MALE:

Q. So who gives the handouts?  Is it, is it --

A. Tunis.

Q. Tunis.  Okay.

BY UNIDENTIFIED MALE:

Q. So like, why, you know what I'm saying?  I don't understand.  Lie, she's being threatened, she's being forced to bring in guns and then she's hanging out with people casually in the area?

A. She tries to maintain a cordial relationship with everyone in the area and with the gang so that they can continue protecting her family.

Q. That doesn't make any sense.

A. It doesn't, it doesn't make sense.

Q. They're threatening her family --

A. In the beginning, she was scared.  However, after she started working for them because of all the threats, she became -- I mean, it became okay for her to go to the area.

Q. Does she get paid?

A. No, only because she was protecting her life, that's just a lack of payment.

Q. Yeah, but we both know that guns in the United States aren't the cheapest.  She's -- she bought a .50 cal rifle (verbatim).  Yeah, she bought a .50 cal rifle.

So she didn't --

A. I know she bought a lot of rifles, but I don't

know exactly --

Q.   Where'd she get the money from?

A.   She didn't use her own money to buy them.

Q.   (Indiscernible).

A.   The gang will send her money.  There was some times I know exactly the amount of money that she would be receiving.

Q.   So why would you know that?  It sounds like you're part of it.  If you're part of it (indiscernible).

A.   I know everything about what the gang is doing because they respect me.  So when they send money, they let me know.

BY UNIDENTIFIED MALE:

Q.   So, respect.  That makes no sense.  Okay?  We can't, we can't keep doing this.  All right?  I want to help you, we want to help you.  Okay?

A.   We are related, they are my cousins so they will talk to me.

BY UNIDENTIFIED MALE:

Q.   So that's -- no.  So here's the problem with that (indiscernible), right?  I've been doing this long enough, man, it just doesn't make sense.  Okay?

Let me, let me, let me --

A.   Why (indiscernible) those things.

Q.   So what doesn't make sense to me is why you know

all of this stuff, but aren't a part of it.  And here's the thing.  I don't feel like I can trust you (indiscernible).

A.    I didn't say that I wasn't a part of it, okay?  I was the first one --

Q.    No, no, no.

A.    -- in charge of the gang.

Q.    Let's stop, let's stop the semantics, right?  I don't want to play semantic games.  So we're talking about current, active involvement in bringing weapons (indiscernible).

A.    I told you before, I was in charge of the gang before I was part -- I am part of the gang, but I don't carry weapons anymore for the gang.

Q.    Wait.  So specifically, you don't carry weapons, as in you don't physically hold them for them?  Like (indiscernible).

A.    I am part of the gang, but I don't go on operations for the gang.

Q.    Right, he's in jail.  So I ask him this, in his words, describe what he views his role in the gang as.

A.    Whatever I ask them to do for me, they will do.

Q.    Okay.  Can you give us an example of a thing you might have asked them to do that they did for you?

A.    Not going to lie to you, if someone is persecuting me and I tell them to eliminate that person, they will kill

that person.

UNIDENTIFIED MALE:  And why is that?

BY UNIDENTIFIED MALE:

Q.    Has he done that before?  Like, has he done that --

A.    I don't like it, I don't like that, I've never (indiscernible).  I try to get by someone's life.  If I need money, they will send me money, whatever it is that I ask them to do they will do it.  But I always want to have -- I always want to control whatever it is that they are doing for me on my behalf.

Q.    So it sounds like you are an important person in the gang, would you agree with that?

A.    Yes.

Q.    Okay.  And you're a person that the gang in general respects, right?

A.    A lot.

Q.    Do you --

A.    (indiscernible) my cousins.

Q.    Right.  Do you think that respect gives you influence over the top three people in the gang?  So if you said, for example, the Dominican/U.S. kidnappings, if you call them and say, let that guy go, they'd let him go?  (Indiscernible).

There was a Dominican diplomat kidnapped as well

(indiscernible).

A.    He (indiscernible) doesn't know.

Q.    But now you know.

INTERPRETER:  You said -- are you okay with me knowing it's a diplomat as well?

UNIDENTIFIED MALE:  Yeah.

INTERPRETER:  Okay.

(Germaine and Interpreter converse in Creole.)

GERMAINE:  It's possible that they will do it.

BY UNIDENTIFIED MALE:

Q.    Okay.

A.    If -- I've done that before.

Q.    Okay.  And --

A.    They kidnapped some nuns and I ordered them to let them go.

Q.    And they did?

A.    Yeah.

Q.    All right.  So last question about this, so he gets he's important and he's respected and he carries the influence of the gang.  Do you think that they would make a major decision without consulting --

A.    Yes.

Q.    So they would consult him?

INTERPRETER:  No, they could take a major decision without consulting with him, although he has all that

influence --

BY UNIDENTIFIED MALE:

Q.    Does he think that is something that routinely happens?

A.    Yes, they've done it.  However, they will inform me of it at a later time.

Q.    So --

A.    You want an example of it?

Q.    No.  So if they do something that he doesn't approve of and they tell him, what does he do if he thinks it's wrong or it's bad?

A.    Whatever they do, I if I don't like it I'm just going to try to convince them to un-do it (indiscernible).

Q.    And would they do it?  I mean, would they un-do it?

A.    Yes, whatever it is that they do if I want them to correct it, they will do it.

Q.    Okay.

A.    Gaspia will do it, Lanmo will do it, they will correct it.

Q.    So was that --

INTERPRETER:  How much time we go?

UNIDENTIFIED MALE:  Sixty minutes.

INTERPRETER:  Sixty?

UNIDENTIFIED MALE:  Yeah.

INTERPRETER:  An hour?

UNIDENTIFIED MALE:  Yeah.

BY UNIDENTIFIED MALE:

Q.    So let me ask you this, so after the -- he's obviously aware of the missionaries who were kidnapped, right?

A.    You talked to me about that.

Q.    After they (indiscernible), what happened with them again?

A.    I wanted them to, I wanted them to release the missionaries, but I couldn't make that decision.  I don't want to -- I didn't want to insist and then for them to retaliate.  Because my brother's there, my uncle, my aunt.  So --

Q.    It's all right.  So let's go back.  Tell -- ask does he have access to social media?

A.    Yes.

Q.    So I have been watching (indiscernible) YouTube channel by a guy who was a part of this gang.  It seems like you guys have had a falling out.  Okay?  They had a falling out.

And his name -- and we talked about him earlier, his name is Zo.

A.    He's my cousin.

Q.    All right.  Now he's been saying on his social

media posts a lot of very not nice things about you and the gang.

A.   Whatever he's saying, that's not true.

Q.   It seems like he doesn't like you.

A.   He's my cousin.

Q.   So why would he say things that aren't true?  He told me he was (indiscernible).

A.   so, he stole money from them.

Q.   So how much money did he steal from --

A.   600,000 Haitian dollars.

Q.   How did the gang get 600,000 Hattian dollars?

A.   (Indiscernible) people's money, kidnappings, selling land, selling cars.

Q.   So correct me if I'm wrong, all right?  Zo stole money from the gang that the gang has already stolen from other people?

A.   Zo stole the money, Lanmo wanted to kill Zo's family.

Q.   But they did kill his family.

A.   That's not true, they didn't kill Zo's family, family members --

Q.   That's what they said on social media.

A.   Don't mind what it's saying, those people are also my family.  I called them and I told them not to kill anyone in the family and then I will give them the money back.

Q.   That's $60,000 (verbatim).

A.   Because I own a lot of land.

Q.   To be clear --

(Cross-talk.)

GERMAINE:  My dad had a lot of land and I'm an only child.

BY UNIDENTIFIED MALE:

Q.   You're not an only child, you just told me you got your three brothers.

A.   Different dad's, but same mom.  They're just like half-brothers, not actually -- I sold land for $3 million in three months.

Q.   So you're telling me --

A.   Three million Haitian dollars in three months.

Q.   Yeah, that's still like $300,000 U.S. dollars.

A.   They -- he also invested farming.

BY UNIDENTIFIED MALE:

Q.   So he's still doing this all in jail --

A.   Yes.

BY UNIDENTIFIED MALE:

Q.   So who manages your money?

A.   Some of the farmers are doing that for me.

Q.   So let's (indiscernible) let's finish the photos.  Let's try to finish the -- who's that?  Does she manage any of the money?  Have you ever seen her with (indiscernible)?

A.     No, she's just a woman.

Q.     Okay.  Tell him this is 2022 (indiscernible).

A.     Sometimes the farmer's wife come and, like, bring me some money.  I might tell them to give it to Santia and then -- or Santia to pay those farmers.

Q.     So, wait, let's go back.  So you are saying that you have given Santia money to send to other people?

A.     So after paying those farmers, since I would give the remainder of what the money to Jeff (ph.), one of my cousins.

Q.     Okay.  But he has given Santia money to be sent to other people?

A.     He has many people.

Q.     How does he give her the money?

A.     Through farmers, they would go to the marketplace after selling everything they will bring her the money and then she will pay the farmers.

Q.     Okay.  So what I am struggling with a little, is now we've been talking about Santia for over an hour and she went from your brothers' ex-girlfriend, to nobody, to just a girl who might be sleeping with gang members, to now she sends money on your behalf.

A.     Yeah, I wouldn't (indiscernible).

Q.     So, Santia you're saying she's not a part of the gang but she does some type of work for the gang?

A.    (Indiscernible).

Q.    So what is -- I -- what is he saying, like, as far as, like, with the money?  Because I got that she --

A.    Farmers will go to the marketplace, they will sell their produce, come back with the money, give the money to Santia, Santia will pay them -- pay the farmers and will give the rest of the money to Jeff.

Q.    Yup.

A.    And Jeff is his cousin.

Q.    What's the most amount of money that you can remember ever giving Santia at one time?

A.    (Indiscernible), 200,000 Haitian dollars.  Yeah.

Q.    So, again, let's go back to the question, right?  So my colleague asked you, if Santia was involved in finances.

A.    So she also handled about 25,000 one time for him, American dollars.  And also in another -- on another occasion 15,000 U.S. dollars.

Q.    So --

A.    So, yeah, the money that she receives sometimes from the farmers, he would use that money to buy (indiscernible).

Q.    Okay.

A.    But why though, right?

Q.    So, listen, before we get to the why because

that's important, my colleague asked you directly if Santia was involved with finances.  And it sounds -- you said no, but it sounds like -- but this is (indiscernible) finances.

A.   Okay.  So she manages things for me, not for the gang.

Q.   Fine, fine.  So let's go back to this before we get into where the money is from.  If she's just a girl, she's just a woman, why would you give just a woman -- I mean, and I guess we're up to over 75,000 U.S. dollars at this point.  I can't think of --

A.   Because she's with my brother, right?  That's why I trust her.

Q.   You said she wasn't with your brother, but she might be with the gang --

A.   They still talk.  She still talks to my brother over there--

Q.   So because your brother's mistress --

A.   Santia, she goes -- she comes and goes -- I mean, she goes to my mom's house a lot.

Q.   So because your brother, we just talked about his mom's house.  Because your brother maintains a cordial relationship with his former mistress, you decided, hey, I'm going to give her $100,000 to manage?

A.   So she doesn't manage anything for me, I just tell her what to do.

Q.   Okay.  So you tell her what to do and --

A.   And she has a really good relationship with my brother.

Q.   Your brother.  And how does she -- what the relationship between her and Tise (ph.)?

A.   They are really good friends.  Sometimes I give money to Santia for her to send to Tise.

Q.   Well, that's new.  I mean, come on, I guess --

A.   And Tise would also send money to Santia.

Q.   Okay.  So why?

A.   Whenever we have to buy guns, Lanmo would come up with the money, I'll give the money to Santia and Santia will send it to Tise.  Lanmo had (indiscernible) given Santia money directly.  Lanmo -- I would ask Lanmo to give the money to someone else and that someone else would give the money to Santia, Santia would send it to Tise.

Q.   Okay.  To be clear, you're saying that you told Lanmo to give the money to somebody and somebody would give the money to Santia?  So why --

A.   Because Santia have no idea what money -- what did they use the money for.

Q.   And why do we trust Santia so much?  Why wouldn't -- how do you know she doesn't steal $1,000?

Look, we've all been to Haiti.  We know that Haiti is --

A.    And also he gives the money.  I routinely give her money.

Q.    How much money do you give her?

A.    She's a young girl so sometimes I would give her about 3,000 Haitian dollars, that's about (indiscernible). And she cooks for my younger brother.  Yeah, Santiatakes care of my younger brother.

Q.    Have you guys got any --

A.    (Indiscernible) the one she's in a relationship with the younger one.

Q.    All right.  Let's go to the next photo.  I think (indiscernible).

(Cross-talk.)

UNIDENTIFIED MALE:  Are you sure you don't want anything to eat, bro?

INTERPRETER:  You can talk like, no, he won't understand.  But let me, let me try.

UNIDENTIFIED MALE:  Food?

INTERPRETER:  Whenever they have to buy guns, he tells (indiscernible) to give money to someone else.  Yeah.

UNIDENTIFIED MALE:  Okay.

INTERPRETER:  And then that someone would give the money to Santia.  Santia would send the money to Tise.

UNIDENTIFIED MALE:  Got you.

INTERPRETER:  Yeah.  So, give the money to a third

party, that third party would give the money to Santia, Santia would send the money to Tise to buy guns.

UNIDENTIFIED MALE:  To buy guns.

(Germaine and Interpreter converse in Creole.)

GERMAINE:  This guy is Zo's brother.  He lives in the U.S. and his name is Frantz, F-r-a-n-t-z.  Frantz is not part of the gang.

INTERPRETER:  He has no idea exactly where in the United States.

GERMAINE:  Wesley (ph.).  He is not from Guadalupe.  He is not part of the gang, he is in jail.

BY UNIDENTIFIED MALE:

Q.   He's not from Guadalupe?

A.   No, he has been in jail for the past 12 years. When he got arrested, I wasn't even part of the gang.  And I see him sometimes.

Q.   Who is that guy?

A.   The person I'm about to show him is really important.  Are you ready?

Q.   Where was that photo taken?

A.   In jail.

Q.   You got a lot of jewelry for being in jail.

A.   Yeah, if you are mature enough to have them in jail you can have them in jail.

INTERPRETER:  I don't know what that means

(indiscernible).

UNIDENTIFIED MALE:  Ask him what that means, I don't (indiscernible).

INTERPRETER:  He's talking about money.  If you (indiscernible) money in, someone can also give them (indiscernible).

UNIDENTIFIED MALE:  (Indiscernible).

INTERPRETER:  No, he said, no.

UNIDENTIFIED MALE:  No?

INTERPRETER:  Twenty-five, no.

UNIDENTIFIED MALE:  And 26 (indiscernible) that one?

(Cross-talk.)

GERMAINE:  Twenty-seven, no.

Twenty-eight, no.

This is Tunis' brother.

INTERPRETER:  Doesn't know his name, but he's Tunis' brother.

GERMAINE:  Thirty, no.

Thirty-one, no.

Thirty-two, no.

Thirty-three, no.

Thirty-four, no.

One of his brother's --

UNIDENTIFIED MALE:  Do you want me to take notes

(indiscernible)?

(Cross-talk.)

GERMAINE: That's Stephenson's sister.

BY UNIDENTIFIED MALE:

Q.    So it's one of his brother's sisters?

A.    Yeah, not his.

Q.    What's her name?

A.    Ruth (ph.).

Q.    Ruth?

A.    He's not in Haiti -- I mean, she's not in Haiti.

Q.    Where is she?

INTERPRETER:  He doesn't know.

UNIDENTIFIED MALE:  Ruth, he said her name is?

INTERPRETER:  Yeah.

UNIDENTIFIED MALE:  Last name?

GERMAINE:  Last name --

UNIDENTIFIED MALE:  Last name?

GERMAINE:  Last name, I don't know.

UNIDENTIFIED MALE:  Okay.

(Cross-talk.)

INTERPRETER:  Yeah, that was 35.  That's him.

UNIDENTIFIED MALE:  That's him?

INTERPRETER:  Yeah, 36.

GERMAINE:  Thirty-seven, no.

That's Zo.

BY UNIDENTIFIED MALE:

Q.   What happened to Zo's eye?

A.   He was fighting someone.

Q.   In the gang?  Or outside of the gang?

A.   Inside.

Q.   Someone within the gang.

A.   Thirty-nine, no.

Forty, no.

This is, again, Pakamouri.

That looks like another guy whose name is Titi (ph.).  But this one is Pakamouri.

Forty-two, no.  Forty-one is Pakamouri.

All right.  Forty-three, no.

Q.   All right.

A.   A lot of them, a lot of their names I don't know their faces.

UNIDENTIFIED MALE:  So, listen, tell him that the plane is about to land so we need to do some paperwork.  So we're going to stop, so we're going to stop now unless there's something important that he thinks we need to know.  And we'll talk to him once we're -- and we'll talk to him again once we're on the ground.

All right.  Cool.  Does he need any -- now this is going to be your last -- yeah, this is going to be your last opportunity for a little bit to get water or something to

eat.  So I'm going to ask you again, do you want anything?  To drink or anything?

GERMAINE:  Okay.  I want to pee.

UNIDENTIFIED MALE:  You want to pee.  All right.  Can you go to the (indiscernible)?

GERMAINE:  Yeah.

UNIDENTIFIED MALE:  Fritz said he'd lift it, but he's only shaking twice.

UNIDENTIFIED MALE:  I will not.  You're not going to want to do that.

INTERPRETER:  No, I'm not.

UNIDENTIFIED MALE:  All right.  Well, my friend, conclusion of custodial interview.

(End of recording.)

### C E R T I F I C A T E

I, JACQUELINE BRYANT, certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages, of the AUDIO INTERVIEW provided to me by the U.S. Attorney's Office, Washington, D.C.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this recording was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

January 10, 2024
Date

_____
JACQUELINE BRYANT
Transcriber

Within this transcript of proceedings, some of the names and/or technical terms are spelled phonetically, inasmuch as exhibits, files and supporting documentation were not made available to us for reference.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947