# Ex. 500B

# Summary of Financial Messages



GOVERNMENT
EXHIBIT

500B

# Records Summarized
# Tunis Phones

- Joly Germine
  - Ex. 101 – Tunis WhatsApp Chats with 509-3157-9101
  - Ex. 101T – Translations

- Walder St. Louis
  - Ex. 103– Tunis WhatsApp Chats with 1-954-709-5735
  - Ex. 103T – Translations

- Santia Jean
  - Ex. 104B - Tunis Native Messages with 509-4874-3589
  - Ex. 104T – Translations

- Santia Jean
  - Ex. 105 - Tunis WhatsApp Chats with 509-3455-2871
  - Ex. 105T - Translations

Ex. 500B p.2

# Phone Number Attribution



Ex. 500B p.3

# GERMINE RELATIONSHIP WITH SANTIA JEAN & TUNIS

# Santia Jean
## aka "Sentia", aka "Sandal", aka "Manmi",

- Phone Number 1: 509-4874-3589

- Phone Number 2: 509-3455-2871
  - Text messages between Eliande Tunis (1-609-470-3447) and Santia Jean (509-4874-3589) indicating 509-3455-2871 is another phone number utilized by Santia Jean.
  - Total messages exchanged between Tunis and Jean:
    - Approximately 534 messages
    - Date range: June 14, 2021 – October 17, 2021



Ex. 500B p.5

Exhibit 006

# WhatsApp Messages
## August 16, 2021

Eliande Tunis
1-609-470-3447


Santia Jean
509-4874-3589




…Say, ehh…"Santia, you love gossiping"…. it's Yonyon [PH] who can tell me something. It's Yonyon who could do something to me. Because it's Yonyon's money that lets me eat. It's Yonyon who puts me here. . . I'm rendering him a service . . .

Ex. 500B p.6

Exhibit 104 p.35, 104T p.35

# WhatsApp Messages
# August 16, 2021

Eliande Tunis
1-609-470-3447


Santia Jean
509-4874-3589




I'm shocked. You are so brave. You are not an ordinary woman, because you said that tonight you will makeup with Deco and prove it . . . I respect you. I won't challenge you . .

Ex. 500B p.7

Exhibit 104 p.44, 104T p.42

# WhatsApp Messages
# September 10, 2021

Eliande Tunis
1-609-470-3447



Santia Jean
509-4874-3589





senthia
audio/ogg; codecs=o...
b0ab1766-1f23-486f-9...
https://mmg.whatsap...
9/10/2021 7:34:00 PM(UTC-4)

Deco came upon this topic with me today . . .but not Haitian money. He talked to me about U.S. money. . . he also told me that he remembered how much Haitian money he took from you, Santia. I don't need to talk about this money, about the Haitian money with you, and he told me that... he just told me how much he took and that he was busy and couldn't stay longer. I did not have time to tell him that you took the money from me. Now, I don't know. . .

I don't know if you will write with him or call him, tell him about it, so we can finish organizing it because . . . if he wants to verify the Haitian money with me... just in case he comes to take it, so he knows how much it is. Not for verification, but just in case he sends someone to take money, he will already know how much he had in my hands



Eliande Tunis
audio/ogg; codecs=o...
1811850c-825c-4a9d-...
https://mmg.whatsap...
9/10/2021 8:14:39 PM(UTC-4)

Okay. You know what happens, Sandal? Let me tell him! I'll just say it like this..."Deco, I took some money from Santia . . . did she tell you about that?" I just don't want to... I wanted you to tell him that first. But I don't have any problem. I can tell him about it now. I will say, "Deco I took some money from Santia." Tell me if I may tell him.

Ex. 500B p.8

Exhibit 104 p.76, 104T p.52, 55

# WhatsApp Messages
# September 19, 2021

Eliande Tunis
1-609-470-3447



Santia Jean
509-4874-3589





**Manmi**
Sandal saw di gran mounn  mtanl dim knsa ou dil konsa oh uii lari a pa bon
9/19/2021 4:30:21 PM(UTC-4)

Sandal, Deko is sending someone to take the money. What to do, It's not enough my friend

Exhibit 104B p.40, 104T p.84

Ex. 500B p.9

Ex. 500B p.10

# SEPTEMBER 27, 2021

Ex. 500B p.11

# WhatsApp Messages
# September 27, 2021

Eliande Tunis
1-609-470-3447

Joly Germine
509-3157-9101



| | |
|---|---|
| **Eliande Tunis** Bbm $5,000 Mw di sentia Wi 9/27/2021 9:34:17 AM(UTC-4) | Baby I told Sentia $5000 |
| **Joly M** Reply **Eliande Tunis** Bbm $5,000 Mw di sentia Wi Wi ou met dil sa 9/27/2021 10:22:43 AM(UTC-4) | Yes you can tell [her/him] that |
| **Eliande Tunis** Mw fin pale a sentia kounia Mw pral rele nn store a bou bal yo 9/27/2021 12:57:37 PM(UTC-4) | I just finished talking to Sentia now I will ask the store for the bullets |

Exhibit 101 p.789,  101.T p.464

Ex. 500B p.12

Text Messages
September 27, 2021

Eliande Tunis
1-609-470-3447



Santia Jean
509-4874-3589

| | |
|---|---|
| **Manmi**<br>Sandal yo fok m knn kotew rete a bien<br> 9/27/2021 12:43:47 PM(UTC-4) | Sandal I need to know where you live exactly |
| **_$!<Other>!$_**<br>Address: 2951 Ne 10th Ter pompano beach Florida 33064<br>9/27/2021 12:47:02 PM(UTC-4) | Address: 2951 Ne 10th Ter pompano beach Florida 33064 |
| **Manmi**<br>52 81 53 11 jean santia<br> 9/27/2021 2:08:29 PM(UTC-4) | 52 81 53 11 Jean Santia |
| **_$!<Other>!$_**<br>Okay sandal merci<br>9/27/2021 2:13:00 PM(UTC-4) | Ok sandal thank you |

Ex. 500B p.13

Exhibit 104B p.45-46, 104T p.7

# SEPTEMBER 28, 2021

Ex. 500B p.14

# Text Messages
## September 28, 2021

Eliande Tunis
1-609-470-3447

Santia Jean
509-4874-3589

| | |
|---|---|
| _$!<Other>!$_<br>$5,000<br>Screenshot 2021-09-28 at 8.38.44 AM.png<br>image/png<br>~/Library/SMS/Attachments/ed/13/1333707 | $5,000<br><br>Antoine<br>Natacha<br>401 SW 13TH PLACE APT 714<br>DEERFIELD BEACH, FL 33441 |
| _$!<Other>!$_<br>Sandal rele Deko<br>9/28/2021 8:46:31 AM(UTC-4) | Sandal is calling Deko |
| Manmi<br>Fok ou voye tt Address yo pou mw<br>9/28/2021 10:41:59 AM(UTC-4) | You have to send me the full address |
| _$!<Other>!$_<br>Address: 401 Sw 13th Place Deerfield beach Florida 33064<br>9/28/2021 10:42:22 AM(UTC-4) | Address: 401 Sw 13th Place Deerfield beach Florida, 33064 |

Ex. 500B p.15

Exhibit 104B p.50, 104T p.8

# WhatsApp Messages
# September 28, 2021

Eliande Tunis
1-609-470-3447


Santia Jean
509-3455-2871



+509 34 55 2871
image/jpeg
043cce6e-422b-451c-...
https://mmg.whatsap...
9/28/2021 11:13:13 AM(UTC-4)



**Eliande Tunis**
Ou gentan fè lot la
9/28/2021 11:24:25 AM(UTC-4)

Did you make the other one



+509 34 55 2871
image/jpeg
176eea6d-48de-4b1a-...
https://mmg.whatsap...
9/28/2021 12:00:02 PM(UTC-4)



+509 34 55 2871
Neïssa orémus
9/28/2021 12:00:38 PM(UTC-4)

Neïssa orémus

**Eliande Tunis**
Dkr merci
9/28/2021 12:10:29 PM(UTC-4)

Ok thanks

Exhibit 105 p. 3, 4, 105T p.15

Ex. 500B p.16

## WhatsApp Messages
## September 28, 2021

**SENDER**
Santia Jean
509-3455-2871



**RECEIVER**
Eliande Tunis
1-609-470-3447



+509 34 55 2871

image/jpeg
043cce6e-422b-451c-...
https://mmg.whatsap...

9/28/2021 11:13:13 AM(UTC-4)

Exhibit 105 p. 2



## Text Messages
## September 27, 2021



Manmi

52 81 53 11 jean santia

9/27/2021 2:08:29 PM(UTC-4)

Ex. 500B p.17

# WhatsApp Messages
# September 28, 2021

**SENDER**
Santia Jean
509-3455-2871



**RECEIVER**
Eliande Tunis
1-609-470-3447





+509 34 55 2871

image/jpeg
176eea6d-48de-4b1a-...
https://mmg.whatsap...

9/28/2021 12:00:02 PM(UTC-4)

WESTERN UNION WU

Reçu du client

Pour envoyer de l'argent

pr ID:663 09-28-2021  12:41:00 EDT

MTCN :284-217-8817

resse de l'agent:KEISHA JOHN MULTI
RVICES 6
 RUE REPUBLICAINE
péditeur:NEISSA ORELUS
resse:DROUILLARD BEL BEL, CXB, HTI
léphone:  42856265
pe de pièce d'identité:
rte D'identification Nationale
:  ******5
WU#:30101

Ex. 500B p.18

Exhibit 105 p.3

# WhatsApp Messages
# September 28, 2021

Eliande Tunis
1-609-470-3447



Joly Germine
509-3157-9101

| | |
|---|---|
| **Eliande Tunis**<br>audio/ogg; codecs=o...<br>aff9a43c-bc07-4f2f-b9...<br>https://mmg.whatsap...<br>9/28/2021 5:23:31 PM(UTC-4) | I sent hmm, 2,500 dollars to Jocelyn. Uh, he took 700 dollars out of it. You know that the 3 he bought were for 4,700. There's a balance of 2,000 dollars. . . Jocelyn has 2,000 dollars left. . . .So, I'd ask him to buy bullets with the 2,000 dollars that are left. He told me that where he bought the gun, the guy told him he couldn't get bullets. Meaning that Jocelyn can't get any bullets. . . . I left the 2,000 dollars for bullets. As far the 4,000 dollars Sandal sent, the 2,500 dollars he sent under my name were transferred to Jocelyn. 4, the other 4,000 dollars that were sent. . . I took 2 and went with 2,000 dollars. . . . I'll need about 3,000 more dollars, . . .. I'll add the 3,000 dollars to the 2,000 dollars to go to the store to place the order. Alright, honey. |
| <br>Joly M<br>audio/ogg; codecs=o...<br>cd7e75cb-a90c-4003-...<br>https://mmg.whatsap...<br>9/28/2021 5:41:12 PM(UTC-4) | I'll have Santia send money tomorrow, God willing, because we'll still buy the stuff. . . . You know the weapons won't be enough. . . . Jocelyn said to me, "Oh! Brother, why don't you have me take all these at once?" I told him no. I said, "No, my man, I won't be able to have you take all of them at once. We must control things." After they deliver these to us, we need to wait 2-3 days to take them.  . . .He said, "No such shit." He says, "Well, now, I'm taking the other license." License to buy fully automatic weapons. He said, "Fully automatic. If they harass you, fire bullets in their teeth, in their faces." When this guy talks... darling, this guy loves me so much. |

Ex. 500B p.19

Exhibit 101 p. 809, 811, 101T p.307, 312, 315

# WhatsApp Messages
## September 28, 2021 (cont.)

Eliande Tunis
1-609-470-3447

Joly Germine
509-3157-9101



Joly M 😊 ♡

audio/ogg; codecs=o...
f30b00cd-a5ec-4ece-9...
https://mmg.whatsap...

9/28/2021 8:10:29 PM(UTC-4)

Now, baby, I'm sending some money ahead, I'm sending money, and I'll also leave it in Jocelyn's hands. If the guy gives him this one. . .I don't know if they will give him all the stuff at once. Will they also give it to him or in 2 days or 3 days? Because he told me he had to type the papers to send the papers away. . .. I'll wait for Jocelyn to take 3 days, 3 days to, 3 days or tomorrow, God willing. I'll send them tomorrow and the day after tomorrow so he can go look for the stuff, so he can order the Kalashnikovs with the bullets. You understand? To order the Kalashnikov with the bullets. I'll order, I'll have Jocelyn buy more weapons. Because Walder will waste time, he will play.

As for Jocelyn, he won't be playing or wasting time. If Jocelyn takes 3, 3 plus this Kalashnikov, that will make 4, the 12 [gun] will make 5, the other 2 that he gave to Patrick will make 7. It will be 7 and it will still be missing 3 more. It will be missing 3. Do you see what I'm telling you? . . . One of the AR-15s is for my uncle. One for me, one for my uncle. Then, as for myself, what I needed the most was the Kalashnikov. The Kalashnikov is very effective. There's no bullshit when it's a Kalashnikov. You see the Kalashnikov, immediately you realize it's very effective. . . .It crushes everything in its way.

Ex. 500B p.20

Exhibit 101 p.809, 811, 101T p.307, 312, 315

# SEPTEMBER 29, 2021

# WhatsApp Messages
# September 29, 2021

Eliande Tunis
1-609-470-3447


Santia Jean
509-3455-2871



| | |
|---|---|
| +509 34 55 2871 — image/jpeg 66165abe-d3b0-490a-... https://mmg.whatsap... 9/29/2021 10:23:29 AM(UTC-4) |  |
| +509 34 55 2871 — audio/ogg; codecs=o... 5d076a1b-ec9e-4866-... https://mmg.whatsap... 9/29/2021 10:25:03 AM(UTC-4) | You'll see one is 2,000 dollars, another is 2,500 dollars. The reason is because the lady told me that… you know yesterday I made a transaction and today I came again. They tell me they can't send 2,500 dollars for me. They will send 2,000, after that they'll send 2,500 so that I'm not blocked by the system. . . .Now she tells me she doesn't want me to get blocked. |
| Eliande Tunis — Okay manigram la $2,00 9/29/2021 10:38:58 AM(UTC-4) | Okay the moneygram is $2.00 |
| +509 34 55 2871 — audio/ogg; codecs=o... 9fa3e839-5566-4d6b-... https://mmg.whatsap... 9/29/2021 1:26:27 PM(UTC-4) | Yeah, MoneyGram 2,000 and Western 2,500. |

Ex. 500B p.22

Exhibit 105 p.5-6, 105T p.2, 4, 16

# WhatsApp Messages
# September 29, 2021

**SENDER**
Santia Jean
509-3455-2871



+509 34 55 2871



image/jpeg
66165abe-d3b0-490a-...
https://mmg.whatsap...

9/29/2021 10:23:29 AM(UTC-4)

**RECEIVER**
Eliande Tunis
1-609-470-3447



**WESTERN UNION WU**

Reçu du client

Pour envoyer de l'argent

Opr ID:653  09-29-2021  10:23:00 EDT

MTCN :915-841-2618

resse de l'agent:KEISHA JOHN MULTI

RVICES 6

RUE REPUBLICAINE

pediteur:NEISSA ORELUS

resse:DROUILLARD BEL BEL, CXB, HTI

léphone:  42856265

pe de pièce d'identité:

rte D'identification Nationale

:  ******5812

U#:301019018

al de Points:

nts de Cartes Attribués:

eveur: ELIANDE  TUNIS, POMPANO  BEA

FL

tination: Etats-unis

Ex. 500B p.23

Exhibit 105 p.5

# WhatsApp Messages
# September 29, 2021

Eliande Tunis
1-609-470-3447



Joly Germine
509-3157-9101



Baby, Santia called you this morning, but she didn't find you. She called me and told me that you already talked to her last night. What should she do? So, I had her send the same amount, 2,000 to Jocelyn, hmmm… 4,000 to Jocelyn, 5,000 to me but she told me... I told her to send you the receipt... to send it to Jocelyn, Jocelyn's [receipt]. But she told me she couldn't find you. [She asked] if she may send it to me? I told her yes, she may, because I was talking to Jocelyn a few hours ago. . . . So, I don't know if Santia sent... if you found the receipt or if you already talked to Jocelyn to send it to him.

Ex. 500B p.24

Exhibit 101 p. 829, 101T p.343

# OCTOBER 6, 2021

Ex. 500B p.25

# WhatsApp Messages
## October 6, 2021

Eliande Tunis
1-609-470-3447


Santia Jean
509-3455-2871

| | |
|---|---|
| +509 34 55 2871  image/jpeg 2055f3af-dedf-46ea-8... https://mmg.whatsap... 10/6/2021 11:12:42 AM(UTC-4) |  |
| +509 34 55 2871 Yo pa vlem voye mille san nn m voye mille uii sandal 10/6/2021 11:13:25 AM(UTC-4) | They don't allow me to send one thousand one hundred, I'll send one thousand Sandal |
| Eliande Tunis Okay ou voye lot recia bay Deko  10/6/2021 11:58:50 AM(UTC-4) | Okay you can send the rest to Deko |

Ex. 500B p.26

Exhibit 105 p. 7 & 105T p.16

# WhatsApp Messages
# October 6, 2021

**SENDER**
Santia Jean
509-3455-2871



**RECEIVER**
Eliande Tunis
1-609-470-3447





+509 34 55 2871

image/jpeg
2055f3af-dedf-46ea-8...
https://mmg.whatsap...
10/6/2021 11:12:42 AM(UTC-4)

Exhibit 105 p.7

Ex. 500B p.27

# WhatsApp Messages
# October 6, 2021

Eliande Tunis
1-609-470-3447

Joly Germine
509-3157-9101



**Eliande Tunis**

audio/ogg; codecs=o...
a0d38322-3bc0-4626-...
https://mmg.whatsap...
10/6/2021 12:05:15 PM(UTC-4)

I checked a few minutes ago and saw that she sent a… she sent the receipt to me. She told me they wouldn't let him/her send the 1,100 dollars; she could only send 1,000 dollars. I told her that it's okay, no problem. So, I am giving it to Jocelyn. When you do your control with her, remember that it is 1,000 dollars. She didn't send 1,100 dollars. Do you understand what I'm telling you? She should come back with 100 U.S. dollars.

Hmmm, what else? It seems that the people are busy at the store. Since... hmmm, Walder told me that he would arrive at around 1:00.

Exhibit 101 p.984, 101T p.367

Ex. 500B p.28

# WhatsApp Messages
# October 6, 2021

Eliande Tunis
1-609-470-3447



Santia Jean
509-3455-2871





It's today that Jocelyn needs the money. . . . I already sent the voice [message] to Deco [PH], no problem. Which 1,000 dollars? They told you that out of the 5,000 dollars they can only send 1,000 dollars for your sister? Can they send it to your sister only?

You told me to send 2,500; 2,500 and then I needed send 1,100. They don't let me send 1,100 because Western Union called me a few hours ago. If they'd called me while I was home, I would've already told Deco about it. . . . they called me saying they need information from me. This money that I'm sending, as if I'm sending money to people abroad, where did I get it, like what business I'm doing to earn this money? And I said the goods come from abroad and we sell them.  . . . They asked, do we have a warehouse? I said no, we don't have a warehouse, but we're wholesalers of second-hand products. . . . And the signal was poor, I hung up the phone . . . the call ended. The call ended. I didn't hear from them; they didn't call me again.

And then . . . Titit came. . . . Now they tell him that they can do it for him. He must come early tomorrow morning at 8 o'clock so that they will have the opportunity to do it for him, because he has an account. They won't be able to do it for me. Now I called Deco. . . I called Deco so I could ask Deco what to do or whatnot to do. Because Titit asked me if he could send the 1,000 dollars . . .

Ex. 500B p.29

Exhibit 105 p.10, 12, 105T p.6, 8, 11, 13

# WhatsApp Messages
# October 6, 2021 (cont.)

Eliande Tunis
1-609-470-3447



Santia Jean
509-3455-2871



| | |
|---|---|
|  +509 34 55 2871 · audio/ogg; codecs=o... 4a552e06-82ae-4a88-... https://mmg.whatsap... 10/6/2021 12:45:56 PM(UTC-4) | Sandal, I'll see if I could do it in Marasa... I'd have Titit send 2,500 dollars today and I'd have him send 2,500 tomorrow, . . . . |
| +509 34 55 2871 · audio/ogg; codecs=o... 9580cdf4-184d-45cc-a... https://mmg.whatsap... 10/6/2021 1:00:31 PM(UTC-4) | I already talked to Deco and Deco told me that I can leave the money in Titit's hands. Titit would do it tomorrow morning and will send me the picture, to him, and he will send it to you. |

Ex. 500B p.30

Exhibit 105 p.10, 12, 105T p.6, 8, 11, 13

# OCTOBER 11, 2021

Ex. 500B p.31

# Text Messages – October 11, 2021

Eliande Tunis
1-609-470-3447

Santia Jean
509-4874-3589



| | |
|---|---|
| _$!<Other>!$_ **Walder St. Louis** 10/11/2021 8:51:44 AM(UTC-4) | Walder St Louis |
| **Manmi** Nan ki bureau 10/11/2021 10:11:09 AM(UTC-4) | Which office |
| _$!<Other>!$_ **Western** 10/11/2021 10:21:15 AM(UTC-4) | Western |
| **Manmi** Voye numéro tlf Walder sandal 10/11/2021 10:52:48 AM(UTC-4) | Send me Walder's telephone number Sandal |
| _$!<Other>!$_ **9547095735** 10/11/2021 10:53:52 AM(UTC-4) | 9547095735 |
| _$!<Other>!$_ Voye foto page la bon Mw sandal 10/11/2021 11:04:48 AM(UTC-4) | Send the picture of the receipt Sandal |
| **Manmi** M voyel nan whatsapp pou ou uii sou non pam 2500 ok 10/11/2021 11:07:14 AM(UTC-4) | I sent it to you on WhatsApp on my name, 2500 ok |
| **Manmi** map pede relew yo dim wap pale men lot nimero an 53 86 21 86 nan money gram 10/11/2021 1:51:03 PM(UTC-4) | I keep trying to call you, they keep telling me that your line is busy Here is the other number 53 86 21 86 in money gram |

Ex. 500B p.32

Exhibit 104B p.53-56 , 104T p. 9-10

# WhatsApp Messages
# October 11, 2021

Eliande Tunis
1-609-470-3447


Santia Jean
509-3455-2871


| | |
|---|---|
| +509 34 55 2871<br>image/jpeg<br>c4509fa9-076d-4f66-9...<br>https://mmg.whatsap...<br>10/11/2021 10:56:10 AM(UTC-4) |  |
| +509 34 55 2871<br>Sa se pa Walder an chesly jean ki fèl<br>10/11/2021 11:17:51 AM(UTC-4) | It's not Walder its Chesly Jean who did it |
| +509 34 55 2871<br>image/jpeg<br>b5883e52-798b-419b-...<br>https://mmg.whatsap...<br>10/11/2021 11:17:55 AM(UTC-4) |  |

Ex. 500B p.33

Exhibit 105 p. 15, 16, 105T p.17

# WhatsApp Messages
## October 11, 2021

**SENDER**
Santia Jean
509-3455-2871



**RECEIVER**
Eliande Tunis
1-609-470-3447





+509 34 55 2871

image/jpeg
c4509fa9-076d-4f66-9...
https://mmg.whatsap...

10/11/2021 10:56:10 AM(UTC-4)

STERN WU
NION

u du client

envoyer de l'argent
53 10-11-2021 :48:00 EDT
:056-112-9628

l'agent:KEISHA JOHN MULTI

PUBLICAINE
:SANTIA JEAN
ROUILLARD BELBEL, CXB, HTI
: 40378908
pièce d'identité:

***7562
348686
oints:
Cartes Attribués:

Ex. 500B p.34

Exhibit 105 p.15

# WhatsApp Messages
# October 11, 2021

**SENDER**
Santia Jean
509-3455-2871



**RECEIVER**
Eliande Tunis
1-609-470-3447





Exhibit 105 p.16

Ex. 500B p.35

# WhatsApp Messages
# October 11, 2021

**SENDER**
Eliande Tunis
1-609-470-3447



**RECEIVER**
Walder St Louis
1-954-7709-5735





Eliande Tunis

image/jpeg
675f5424-88ec-497f-9...
https://mmg.whatsap...
10/11/2021 2:11:02 PM(UTC-4)

Exhibit 103 p.63

Ex. 500B p.36

# OCTOBER 12, 2021

# WhatsApp Messages
## October 12, 2021

Eliande Tunis
1-609-470-3447

Joly Germine
509-3157-9101


**Eliande Tunis**
audio/ogg; codecs=o...
be10d8b1-372b-49e0-...
https://mmg.whatsap...
10/12/2021 7:35:23 PM(UTC-4)

Daddy, can you have Cynthia call me? I called Cynthia, I didn't get her. I got her voicemail. I... I ==need Cynthia to call me... Because everywhere Walder goes, they won't give him the money. But it's not Cynthia's fault or mistake. I don't get it. They don't wanna give Walder the money==. I'm looking forward to talking to Cynthia to see if she could change... change the stuff under my name. To see if Cynthia could change the stuff under my name. Can you hear me?

**Joly M**
43 98 38 54
10/12/2021 7:47:19 PM(UTC-4)

4398 3854

**Joly M**
audio/ogg; codecs=o...
1528c42b-79cb-4fe0-...
https://mmg.whatsap...
10/12/2021 7:47:20 PM(UTC-4)

==Here is the number to call Santia. On her Natcom number. Call her on this number==

Ex. 500B p.38

Exhibit 101 p.1108, 1110, 1111, 101T p.378, 380

# OCTOBER 14, 2021

# WhatsApp Messages
# October 14, 2021

**SENDER**
Santia Jean
509-3455-2871



**RECEIVER**
Eliande Tunis
1-609-470-3447







Exhibit 105 p.16

Ex. 500B p.40

# WhatsApp Messages
# October 14, 2021

Eliande Tunis
1-609-470-3447



Santia Jean
509-3455-2871

+509 34 55 2871
image/jpeg
91442816-b21e-4298-...
https://mmg.whatsap...
10/14/2021 5:10:05 PM(UTC-4)



Eliande Tunis
Got it
10/14/2021 5:29:11 PM(UTC-4)

Got it

Ex. 500B p.41

Exhibit 105 p.16, 17